UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>FIRST HARTFORD CORPORATION,<br><br>    *Defendant*. | )<br>)<br>)<br>)  Civil Action No. 04-10402-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME

Defendant hereby moves pursuant to Fed. R. Civ. P. 6(b) to extend the time within which it must answer Plaintiff's Complaint and Demand for Jury Trial (the "Complaint") or move pursuant to Fed R. Civ. P. 12 in response thereto, up to and including March 29, 2004.

WHEREFORE, Defendant requests that the Court grant this assented-to motion and extend the time by which it must answer or respond to the Complaint.

Respectfully submitted,

FIRST HARTFORD CORPORATION

By its attorney,

_____
Jonathan I. Handler (BBO# 561475)
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179
(617) 345-4600

Dated: March 22, 2004

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I, Jonathan I. Handler, counsel for the Defendant, First Hartford Corporation, hereby certify that I conferred with Larry C. Kenna, counsel for Plaintiff Richard E. Kaplan, and that he assented to this request for an extension of time.

Jonathan I. Handler

## CERTIFICATE OF SERVICE

I, Jonathan I. Handler, hereby certify that on March 22, 2004, I have served the within **Defendant's Assented-to Motion to Extend Time** by causing a copy to be sent by U.S. Mail to: Larry C. Kenna, Esq., Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts, 02109.

Jonathan I. Handler

-2-

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Jonathan I. Handler
Direct Dial: (617) 345-4734
E-mail: jihandler@dbh.com

March 22, 2004

**VIA HAND DELIVERY**

Clerk - Civil
United States District Court
1 Courthouse Way
Boston, MA 02210

    Re:    **Richard E. Kaplan v. First Hartford Corporation**
            **C.A. No. 04-10402-RCL**

Dear Sir or Madam:

    Enclosed for filing in the above-captioned matter, please find *Defendant's Assented-to Motion to Extend Time*.

    Please docket this motion in your usual fashion, and kindly indicate your receipt and filing by stamping the attached copy of this letter and returning it to me via the messenger.

                                      Sincerely,

                                      Jonathan I. Handler

Enclosure
cc:    Larry C. Kenna, Esq.

260 Franklin Street | Boston, MA 02110 | t 617 345 4600 f 617 345 4745

Boston   Greenwich   Hartford   New York   Stamford   www.dbh.com