UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN,<br><br>    *Plaintiff,*<br><br>v.<br><br>FIRST HARTFORD CORPORATION,<br><br>    *Defendant.* | Civil Action<br>No. 04-10402 (RCL) |

## DECLARATION OF JOHN B. NOLAN

I, John B. Nolan, hereby depose and say as follows:

1. I am a partner in the law firm of Day, Berry & Howard LLP, CityPlace I, Hartford, Connecticut, 06103.

2. I am in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bar of the States of Connecticut and New York. I have also been admitted to the bar of the following Courts of the United States: the Supreme Court of the United States; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Second Circuit; the United States District Court for the District of Connecticut; the United States District Court for the Southern District of New York; and the United States District Court for the District of Arizona.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

5. I am familiar with First Hartford Corporation ("First Hartford") and the issues in this lawsuit. My appearance and participation in conjunction with attorneys from Day, Berry & Howard LLP's Boston office are necessary for the proper and effective representation of First Hartford in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22ND DAY OF MARCH, 2004.

_____
John B. Nolan