UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, )<br>)<br>    *Plaintiff*, )<br>v. )<br>)<br>FIRST HARTFORD CORPORATION, )<br>)<br>    *Defendant*. )<br>) | Civil Action No. 04-10402 (RCL) |

**DEFENDANT FIRST HARTFORD CORPORATION'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant First Hartford Corporation states that it has no parent company and that no publicly held company owns 10% or more of its stock.

    Respectfully submitted,

    FIRST HARTFORD CORPORATION

    By its attorney,


      /s/    Jonathan I. Handler
    Jonathan I. Handler (BBO# 561475)
    DAY, BERRY & HOWARD LLP
    260 Franklin Street
    Boston, MA 02110-3179
Dated: March 31, 2004    (617) 345-4600

## **CERTIFICATE OF SERVICE**

      I, Jonathan I. Handler, do hereby certify that on March 31, 2004, I have served the within **Defendant First Hartford Corporation's Local Rule 7.3 Corporate Disclosure** by causing a copy to be delivered via first class mail to: Larry C. Kenna, Esq., Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts, 02109.

      /s/     Jonathan I. Handler
      Jonathan I. Handler