# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST HARTFORD CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 04-10402-RCL |

**PLAINTIFF'S CERTIFICATION PURSUANT TO NOTICE OF SCHEDULING CONFERENCE AND ADDITIONAL MATTERS**

Pursuant to paragraph I.(D)(4)(a) and (b) of the Court's Notice of Scheduling Conference and Additional Matters dated April 6, 2004, the plaintiff, Richard E. Kaplan, and plaintiff's counsel hereby certify that they have conferred concerning the expected costs of litigation in this matter, as well as alternatives to litigation, and have also conferred concerning the possibility of submitting this matter to alternative dispute resolution programs.

_____
Richard E. Kaplan
Plaintiff

_____
Larry C. Kenna (BBO No. 267760)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: April 29, 2004

3689514_1.DOC
3689514v1