16 Cornell Road
West Hartford, Connecticut

**Written Demand Pursuant to Section 721
of the Maine Business Corporation Act**

**BY HAND**

To:   First Hartford Corporation
      149 Colonial Road
      Manchester, CT  06045

I am a shareholder of First Hartford Corporation, which has a shareholders meeting scheduled for tomorrow, January 22, 2004. I recently learned of the meeting although no proxy statement or annual report has been delivered to me. In connection with the shareholders meeting, and Section 721 of the Maine Business Corporation Act, I hereby demand to inspect and copy the shareholders list of First Hartford Corporation showing the names and addresses of all shareholders entitled to notice of the meeting, and the number of shares held by each. The purpose of my request is to enable me to communicate with shareholders with respect to the affairs of the corporation.

January 21, 2004                                    _____
                                                    David E. Kaplan