## O'DONNELL & LEE, LLC
ATTORNEYS AT LAW
112 SILVER STREET
PO BOX 559
WATERVILLE, ME 04903-0559

WILLIAM A. LEE III*
TIMOTHY R. O'DONNELL
THOMAS B. McCOWAN**

*ALSO ADMITTED IN FLORIDA
** ALSO ADMITTED IN ARIZONA

TEL. 207-872-0112
FAX 207-872-0002

t@odonnellandlee.com

January 23, 2004

*OVERNIGHT VIA UPS*

David E. Kaplan
16 Cornell Road
West Hartford, CT 06107

Dear Mr. Kaplan:

In response to your written demand dated January 21, 2004, please be advised that you may inspect and copy, at your expense, the list of First Hartford Corporation shareholders.

Since you do not specify in your demand the date on which you wish to inspect and copy the shareholder list, the same will be made available to you January 26, 2004, through January 30, 2004, during regular business hours (9:00 a.m. to 5:00 p.m.) at the Corporation's principal office - 149 Colonial Road, Manchester, Connecticut, or the Corporation's registered office - 112 Silver Street, Waterville, Maine.

If you intend to inspect the shareholder list at the Corporation's principal office in Manchester, Connecticut, please call Stuart Greenwald at 860/646-6555 to make the appropriate arrangements. If you wish to inspect the records at the Corporation's registered office in Waterville, Maine, please contact me at 207/872-0112.

Very truly yours,

First Hartford Corporation

By: _____
Timothy R. O'Donnell, Clerk

E:\04-Timothy R. O'Donnell\First Hartford Corporation\letter to DAvid Kaplan.doc