

**FIRST HARTFORD CORPORATION**
149 COLONIAL ROAD • P.O. BOX 1270
MANCHESTER • CONNECTICUT 06045-1270
(860) 646-6555 • FAX (860) 646-8572

February 3, 2004

Mr. Robert Rothberg
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109-2804

Dear Mr. Rothberg:

This letter will act as a reply to yours of January 29, 2004. To review your requests:

Your #1:   Articles or restated articles of incorporation, and all amendments to them currently in effect will be made available to you.

Your #2:   Bylaws or restated bylaws, and all amendments to them currently in effect will be made available to you.

Your #3:   A list of shareholders showing for each shareholder: name, address and number of shares owned will be made available to you.

Your #4:   The proxies will not be made available to you.

Your #5:   We will make available to you minutes of the January 22, 2004 Shareholders meeting.

Your #6:   All written communications with shareholders since the 1986 Shareholders Meeting will be made available to you only upon your showing a manifestation of good faith and proper purpose under Maine law.

Mr. Robert Rothberg             -2-             February 3, 2004

Your #7:     All documentation of transactions entered into since the 1986 Shareholders Meeting between First Hartford or a First Hartford subsidiary (whether wholly or partially owned) on the one hand, and Neil Ellis or any entity controlled by him on the other hand, will not be made available to you.

Your #8:     All appraisals of properties currently owned by First Hartford or its subsidiaries will not be made available to you.

Please be advised that those documents that will not be made available to you are documents that Maine counsel advises us need not be made available under Maine law.

The documents that will be made available will be made available to you at our office in Manchester, Connecticut. Unfortunately we do not have surplus photocopying equipment available. However, I am confident you will be able to rent same and bring it with you.

If you are unable to rent a photocopying machine, please be advised that we will attempt to have photocopied for you those items that you request. The cost of this will be 25¢ per page. The cost will include personnel available to do the actual photocopying.

Very truly yours,

/Neil H. Ellis
President

NHE/gp