UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, )<br>      *Plaintiff,* )<br>v. )<br>FIRST HARTFORD CORPORATION, )<br>      *Defendant.* ) | Civil Action No. 04-10402-NMG |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1

In connection with First Hartford Corporation ("First Hartford")'s Motion to Compel Production of Documents filed electronically on August 27, 2004, I, Jonathan I. Handler, hereby attest that First Hartford has complied with the provisions of Local Rule 37.1(B). Pursuant to Federal Rule of Civil Procedure 37(a)(2)(B) and Local Rule 7.1(A)(2), I conferred with Lawrence Kenna and Robert Rothberg, counsel for plaintiffs Richard Kaplan ("Kaplan"), by telephone on July 1, 2004, in a good faith attempt to obtain, without court action, Kaplan's compliance with certain requests in First Hartford's First Request for Production of Documents. The parties were unable to reach agreement on the matter, and First Hartford was therefore compelled to seek the Court's intervention.

        Respectfully submitted,

        FIRST HARTFORD CORPORATION

        By its attorneys,

           /s/ Jonathan I. Handler  
        Jonathan I. Handler, BBO #561475  
        DAY, BERRY & HOWARD LLP  
        260 Franklin Street  
        Boston, MA 02110-3179  
        (617) 345-4600

                -and-

        John B. Nolan (admitted *pro hac vice*)  
        DAY, BERRY & HOWARD LLP  
        CityPlace I  
        Hartford, CT 06103  
Dated: August 30, 2004        (860) 275-0100

## CERTIFICATE OF SERVICE

    I, Jonathan I. Handler, hereby certify that on this 30th day of August, I served a true and correct copy of the foregoing *First Hartford Corporation's Motion to Compel Production of Documents* via first class mail on Larry C. Kenna, Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts, 02109.

           /s/ Jonathan I. Handler  
        Jonathan I. Handler