# EXHIBIT 1

Case 1:04-cv-10402-NMG   Document 18-2   Filed 12/03/2004   Page 1 of 3

## CHOATE, HALL & STEWART
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804
TELEPHONE (617) 248-5000 · FAX (617) 248-4000
WWW.CHOATE.COM

ROBERT ROTHBERG
DIRECT DIAL: (617) 248-4021
EMAIL: RROTHBERG@CHOATE.COM

January 29, 2004

Mr. Neil H. Ellis, President
Mr. Stuart I. Greenwald, Treasurer and Secretary
First Hartford Corporation
149 Colonial Road
Manchester, CT 06045

Gentlemen:

We are attorneys for Richard E. Kaplan and David E. Kaplan, shareholders of First Hartford Corporation ("First Hartford"). Pursuant to Sections 1602 and 1603 of the Maine Business Corporation Act, we hereby demand to inspect and to copy on February 10, 2004, the following records of First Hartford:

    1) Its articles or restated articles of incorporation, and all amendments to them currently in effect;

    2) Its bylaws or restated bylaws, and all amendments to them currently in effect;

    3) A list of shareholders showing for each shareholder: name, address and number of shares owned.

    4) All proxies received by the First Hartford management with respect to the January 22, 2004 Shareholders Meeting, and all records of that meeting.

    5) Minutes of all meetings of, and records of all actions taken without meetings by, the Board of Directors and all committees thereof since the 1986 Shareholders Meeting.

First Hartford Corporation
January 29, 2004
Page 2

---

      6) All written communications with shareholders since the 1986 Shareholders Meeting.

      7) All documentation of transactions entered into since the 1986 Shareholders Meeting between First Hartford or a First Hartford subsidiary (whether wholly or partially owned) on the one hand, and Neil Ellis or any entity controlled by him on the other hand.

      8)    All appraisals of properties currently owned by First Hartford or its subsidiaries.

      The purpose of this demand is to enable the Kaplans to evaluate (a) their investments in First Hartford, (b) the extent of the self-dealing in which First Hartford management has engaged between the last two shareholder meetings and the effects on First Hartford of such self-dealing, and (c) if they determine it is appropriate to do so, to communicate with other shareholders concerning First Hartford.

      On behalf of David Kaplan, we acknowledge receipt of the offer from Timothy R. O'Donnell, Clerk of First Hartford, received by Mr. Kaplan on January 26, to permit him this week to inspect at your offices the shareholder list for the January 22 shareholder meeting. That offer is apparently your follow up to your refusal of Mr. Kaplan's demand, made at your office on January 21, to inspect the list at that time. Given that the meeting date has now passed, and the fact that the shareholder list is included within the scope of this demand, we see no purpose to be served by Mr. Kaplan making a separate trip to inspect the list this week.

      Please advise us by telephone or fax, within 5 business days after your receipt of this letter, of the place (whether at your office or another location in the Hartford area) where we may conduct such inspection and copying. We assume that you will designate a location with appropriate photocopying equipment available to us. If this is not the case, please advise us of the arrangements you propose for us to obtain the requested copies. Of course, we agree to pay the reasonable charges for such copying.

      Thank you in advance for your cooperation in this matter.

                                      Very truly yours,

                                      Robert Rothberg

cc: Timothy R. O'Donnell