# EXHIBIT 4

# RUDMAN & WINCHELL
*Counselors at Law*

| | |
|---|---|
| Gerald E. Rudman | Curtis E. Kimball |
| Phillip D. Buckley | Brent A. Singer |
| Michael P. Friedman | Leigh McCarthy |
| Winfred A. Stevens | Anne-Marie L. Storey |
| Robert E. Sutcliffe | Andrew Landry |
| Paul W. Chaiken | Anthony D. Pellegrini |
| David C. King | Debra A. Reece |
| John W. McCarthy | Hans S. Peterson |
| Frank T. McGuire | Christopher J. Austin |
| Bruce C. Mallonee | Timothy A. Pease |
| Paul H. Sighinolfi | Charles F. Budd, Jr. |
| William H. Hanson | James C. Beardsley |
| George F. Eaton, II | Wendy A. Brown |
| Edith A. Richardson | April A. Bentley |
| Michael M. McAleer | Kristy M. Bowden |
| Edmond J. Bearor | |

THE GRAHAM BUILDING
84 Harlow Street
Bangor, Maine 04401

P.O. Box 1401
Bangor, Maine 04402-1401

Telephone   207 947-4501
Telecopier   207 941-9715

Website:  www.rudman-winchell.com

Abraham M. Rudman
(1896-1970)

Albert H. Winchell, Jr.
(1924-1992)

Robert S. Lingley
Of Counsel

November 23, 2004


First Hartford Corporation
c/o Timothy R. O'Donnell, Clerk
P.O. Box 559
Waterville, ME  04903 0559

Re:  **Richard Kaplan v. First Hartford Corporation**

Dear First Hartford Corporation:

Pursuant to 13-C M.R.S.A. §§ 1602(3) & 1603, Richard E. Kaplan, a shareholder of First Hartford Corporation ("FHC"), hereby demands through his undersigned attorney to inspect and copy during regular business hours on Monday, December 6, 2004, the record of shareholders of FHC.  Mr. Kaplan's demand is made in good faith and for the proper purpose of communicating with other record shareholders prior to the next shareholders' meeting (originally scheduled for December 9, 2004 and described by Jonathan Handler in his letter of November 9, 2004, to the Honorable Margaret Kravchuk), so that he has an opportunity to wage an effective proxy campaign on behalf of his proposal to amend the Bylaws of FHC to require an independent Board of Directors.  The record of shareholders that Mr. Kaplan demands to inspect and copy is the most up-to-date record of shareholders, as "record of shareholders" is defined at 13-C M.R.S.A. § 1601(3).  The record of shareholders is directly connected with Mr. Kaplan's purpose to communicate with shareholders of record concerning the need to amend the Bylaws to obtain an independent Board of Directors.  There are no provisions contained in the FHC Bylaws or Articles of Incorporation that would restrict Mr. Kaplan's right to inspect and copy the shareholder record for this purpose.

This request is in addition to Mr. Kaplan's previous request to inspect and copy the shareholder record.  FHC is aware through court proceedings in Maine that Mr. Kaplan does not believe this additional request is necessary, since his previous request was clear and legally sufficient to require FHC to permit him to inspect and copy the record.  Without prejudice, therefore, to Mr. Kaplan's right already to inspect and copy the list, which FHC has wrongly denied, I make this demand on behalf of Mr. Kaplan.

First Hartford Corporation, c/o Timothy R. O'Donnell, Clerk
November 23, 2004
Page 2

FHC may comply with this demand, if it desires, by delivering to me, on or before December 6, 2004, a true and complete copy of the current record of shareholders, or a true and complete current alphabetical list of shareholders by name, address, class of shares and number of shares held by each.

Otherwise, I will require at least two business days advance notice of the reasonable location at which you will permit inspection and copying of the shareholder record pursuant to 13-C M.R.S.A. § 1603.

Very truly yours,

David C. King
DCK/pal
46918.47493.GW47785.Trans.
cc:  Peter W. Culley, Esq., attorney for First Hartford Corporation (via U.S. mail and e-mail)
      Jonathan I. Handler, Esq., attorney for First Hartford Corporation (via U.S. mail and e-mail)
      John B. Nolan, Esq., attorney for First Hartford Corporation (via U.S. mail and e-mail)