# Exhibit C

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Jonathan I. Handler
Direct Dial: (617) 345-4734
E-mail: jihandler@dbh.com

December 17, 2004

**VIA FACSIMILE AND FIRST CLASS MAIL**

Larry C. Kenna, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109

      Re:    **Richard E. Kaplan v. First Hartford Corporation**
               **C.A. No. 04-10402-NRG**

Dear Larry:

I am writing to follow up on my December 1, 2004 letter. Since that time, we have undertaken another comprehensive search for documents responsive to Kaplan's document request number 7. We have not found any responsive documents beyond those we have previously produced.

Please call me if you wish to discuss this further.

Sincerely,

Jonathan I. Handler

JIH/jmw
Enclosures
cc:    First Hartford Corporation