# Exhibit E

## CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

EXCHANGE PLACE

53 STATE STREET

BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000 • FAX (617) 248-4000

WWW.CHOATE.COM

December 10, 2004

Jonathan I. Handler, Esq.
Day, Berry & Howard LLP
260 Franklin Street
Boston, MA 02110

    Re:    Richard E. Kaplan v. First Hartford Corporation (C.A. No. 04-10402-NMG)

Dear Jonathan:

    As you know from our telephone conversation late in the afternoon on December 7, my client and I were quite upset at your late cancellation of Richard Kaplan's deposition that you had scheduled for December 8, especially since the ostensible reason for the cancellation--your not having the documents regarding Mr. Kaplan's stock ownership-- was such a patently invalid one.

    When you and I talked late in the day on December 3, I told you that you would have the documents at the latest on the day of, and before, the deposition on December 8. At that time you did not say that you needed the documents the day before the deposition or the deposition would have to be postponed. In fact Mr. Kaplan sent you the documents by facsimile on December 7, more than 18 hours before the deposition was scheduled to start. The approximately 50 pages of documents, 47 pages of which are stock certificates, could be thoroughly reviewed in about 15 minutes.

    Your letter canceling the December 8 deposition of Mr. Kaplan attempted to reschedule the deposition for December 15. I told you at least twice on December 7 that Mr. Kaplan was not available for a deposition on December 15. Now, by facsimile dated December 9, you have proposed December 14, 15 or 17 for the deposition.

    Nothing has changed since we spoke on December 7 regarding Mr. Kaplan's availability on the 15th. Nor is he available on the 14th or the 17th. Given his schedule and mine for the rest of December, the earliest we will be available is after January 5, 2005. Please propose some

3778454v1

December 10, 2004
Page 2

dates after that date that you could take Mr. Kaplan's deposition, and we will make every effort to accommodate you.

Very truly yours,

Larry C. Kenna

cc:   Richard E. Kaplan, Esq.
      Robert Rothberg, Esq.

3778454v1