United States District Court
District of Massachusetts

_____
                                   )
**RICHARD E. KAPLAN,**             )
                                   )
    Plaintiff,             )
                                   )   Civil Action No.
    v.                     )   04-10402-NMG
                                   )
**FIRST HARTFORD CORPORATION,**    )
                                   )
    Defendant.             )
_____)

**ORDER**

**GORTON, J.**

    Plaintiff's Motion for an Extension of the Fact Discovery Deadline (Docket No. 21) is **ALLOWED, in part, and DENIED, in part**. All fact discovery shall be completed on or before February 28, 2005. Dispositive motions, including motions for summary judgment, if any, shall be filed on or before March 21, 2005, and responses thereto on or before April 11, 2005. The final pretrial conference will be held as previously scheduled.

**So ordered.**

                                                              /s/ Nathaniel M. Gorton
                                                         Nathaniel M. Gorton
                                                         United States District Judge

Dated: February 2, 2005