UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD E. KAPLAN, | ) | |
| | ) | |
| | ) | Civil Action No. 04-10402-RCL |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| FIRST HARTFORD CORPORATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jillian B. Hirsch on behalf of the Defendant First Hartford

Corporation in the above-captioned matter.

Respectfully submitted,

FIRST HARTFORD CORPORATION

By its attorney,


_____/s/ Jillian B. Hirsch_____
Jillian B. Hirsch, BBO #659531
DAY, BERRY & HOWARD LLP
260 Franklin Street
Dated: February 10, 2005        Boston, MA 02110-3179
(617) 345-4600

## CERTIFICATE OF SERVICE

I, Jillian B. Hirsch, hereby certify that on this 10th day of February 2005, I served a true and correct copy of the foregoing *Notice of Appearance* by first class mail on Larry C. Kenna, Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts, 02109.


_____/s/ Jillian B. Hirsch
Jillian B. Hirsch