UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
RICHARD E. KAPLAN,                  )
                                    )
            Plaintiff,              )
                                    )
     v.                             )   Civil Action No. 04-10402-NMG
                                    )
FIRST HARTFORD CORPORATION,         )
                                    )
            Defendant.              )
_____)

## NOTICE OF CHANGE OF ADDRESS

Please take note that as of Monday, August 1, 2005, the new address of counsel for the plaintiff Richard E. Kaplan will be as follows:

Larry C. Kenna
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000

Respectfully submitted,

/s/ Larry C. Kenna
Larry C. Kenna (BBO# 267760)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000

3964310v1