UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, <br><br> Plaintiff, <br><br> v. <br><br> FIRST HARTFORD CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-10402-NMG <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with local Rule 83.5.2(e) please note that effective on Monday, August 15, 2005, the below counsel for the defendant will have a new address as follows:

Jonathan I. Handler                Jillian B. Hirsch
DAY, BERRY & HOWARD LLP            DAY, BERRY & HOWARD LLP
One International Place            One International Place
Boston, MA 02110                   Boston, MA 02110

Telephone, facsimile and email addresses will be unchanged.

Respectfully submitted,

     /s/ Jonathan I. Handler
Jonathan I. Handler, BBO #561475
Jillian B. Hirsch, BBO #659531
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179
(617) 345-4600

Dated: August 4, 2005

**CERTIFICATE OF SERVICE**

I, Jonathan I. Handler, hereby certify that on this 4th day of August, 2005, I served a true and correct copy of the foregoing *Notice of Change of Address* via email on Larry C. Kenna, Choate, Hall & Stewart, Exchange Place, 53 State Street, Boston, Massachusetts, 02109.

     /s/ Jonathan I. Handler
          Jonathan I. Handler

51315215.1 030692-00050