UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RICHARD E. KAPLAN, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 04-10402-NMG |
| FIRST HARTFORD CORPORATION, | ) ) ) | |
| *Defendant.* | ) ) ) | |

|  |  |  |
|---|---|---|
| RICHARD E. KAPLAN, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Civil Action No. 05-10320-NMG |
| FIRST HARTFORD CORPORATION, | ) ) ) | |
| *Defendant.* | ) ) ) | |

**JOINT STATUS REPORT REGARDING
<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

   Pursuant to the Court's Scheduling Order, the parties hereby submit this Joint Status Report regarding alternative dispute resolution. The parties state that they have been engaged in discussions regarding the pursuit of alternative dispute resolution, but have thus far been unable to agree on a proposed course of action. In particular, the parties have been unable to identify a mutually agreeable mechanism for valuing plaintiff's shares in First Hartford Corporation. The parties intend to continue their discussions over the coming weeks.

                                            Respectfully submitted,

| RICHARD E. KAPLAN | FIRST HARTFORD CORPORATION |
|---|---|
| By his attorneys, | By its attorneys, |
|     /s/ Larry C. Kenna     |     /s/ Jillian B. Hirsch    |
| Larry C. Kenna, BBO #267760 | Jonathan I. Handler, BBO #561475 |
| Robert Rothberg, BBO #430980 | Jillian B. Hirsch, BBO #659531 |
| CHOATE, HALL & STEWART | DAY, BERRY & HOWARD LLP |
| Exchange Place | 260 Franklin Street |
| Two International Place | Boston, MA 02110-3179 |
| Boston, MA 02110 | (617) 345-4600 |
| (617) 248-5000 | |
| | -and- |
| | John B. Nolan (admitted *pro hac vice*) |
| | DAY, BERRY & HOWARD LLP |
| | CityPlace I |
| | Hartford, CT 06103 |
| | (860) 275-0100 |

Dated:  August 15, 2005

## **CERTIFICATE OF SERVICE**

  I, Jillian B. Hirsch, hereby certify that on this 15th day of August, 2005, I served a true and correct copy of the foregoing *Joint Status Report Regarding Alternative Dispute Resolution* by email on Larry C. Kenna and Robert Rothberg, Choate, Hall & Stewart, Two International Place, Boston, Massachusetts, 02110.

                 /s/ Jillian B. Hirsch
                 Jillian B. Hirsch