UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST HARTFORD CORPORATION, )<br>)<br>Defendant. )<br>) | C.A. No. 04-10402-NMG<br>C.A. No. 05-10320-NMG |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR CONTINUANCE**

The Plaintiff hereby moves the Court for leave to file a Reply to Defendant's Opposition to Motion for Continuance. The Defendant FHC has misstated several facts in its opposition, and the Plaintiff will correct the record with this brief reply.

Attached to this Motion and marked <u>Exhibit A</u> is the Plaintiff's Reply to Defendant's Opposition to Motion for Continuance.

Respectfully submitted,

RICHARD E. KAPLAN,
Plaintiff,

By his attorneys,

/s/ Larry C. Kenna
Larry C. Kenna (BBO No. 267760)
Robert Rothberg (BBO No. 430980)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Dated: April 20, 2006

4072601v1