# Exhibit C

Case 1:04-cv-10402-NMG   Document 43-4   Filed 05/09/2006   Page 1 of 2

## Kenna, Larry

| | |
|---|---|
| **From:** | Nolan, John B. [jbnolan@dbh.com] |
| **Sent:** | Tuesday, May 09, 2006 10:55 AM |
| **To:** | Kenna, Larry |
| **Cc:** | Handler, Jonathan I.; Hirsch, Jillian B. |
| **Subject:** | RE: Production of documents by FHC |

Larry
Our position remains unchanged.
Please advise on your expected order of witnesses and the time you anticipate for each.
Best
Jay

-----Original Message-----
**From:** Kenna, Larry [mailto:LKenna@choate.com]
**Sent:** Tuesday, May 09, 2006 6:38 AM
**To:** Nolan, John B.; Handler, Jonathan I.; Hirsch, Jillian B.
**Cc:** Rothberg, Robert
**Subject:** Production of documents by FHC

Jay and Jonathan, please produce the documents we requested in our most recent document request and in the colloquy at pages 53-54 of the Ellis deposition on May 2 by no later than noon today, or tell us by that time what your position now is with respect to those documents. If the documents are not going to be produced voluntarily in response to our document request and our request of May 2, we will file a motion to compel. Thanks, LCK

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

5/9/06