# Exhibit D

Case 1:04-cv-10402-NMG   Document 43-5   Filed 05/09/2006   Page 1 of 5

## Kenna, Larry

**From:** Rothberg, Robert
**Sent:** Friday, April 28, 2006 4:48 PM
**To:** Handler, Jonathan I.
**Cc:** Nolan, John B.; Kenna, Larry
**Subject:** RE: Document Production in Proxy Cases

Jonathan -

Please check again, as it appears you are not aware of the facts relatiing to Hartford Lubbock..

According to the documents you have provided us, FHC's Parkade Center, Inc.subsidiary is the sole general partner of both Hartford-Lubbock Limited Partnership II and Hartford-Lubbock Limited Partnership. This is consistent with the descriptions in the most recent 10-K. Surely you will agree that FHC does control a partnership of which its subsidiary is the sole general partner.

As I indicated, we do not want to make a dispute where none exists; and trust that now that you are aware of FHC's connection to the Hartford-Lubbock partnerships you will concur that the documents are covered by the document request.

It will be acceptable to us if you bring them with you to Mr. Harding's deposition on Monday.

Thanks.

Bob

Tha

> -----Original Message-----
> **From:** Handler, Jonathan I. [mailto:jihandler@dbh.com]
> **Sent:** Fri 4/28/2006 4:15 PM
> **To:** Rothberg, Robert
> **Cc:** Nolan, John B.
> **Subject:** RE: Document Production in Proxy Cases
>
> Bob:
>
> Hartford Lubbock is not controlled by FHC.
>
>
> Jonathan I. Handler, Esq.
> Day, Berry & Howard LLP
> One International Place | Boston MA 02110 | t (617) 345-4734 | f (617) 345-4745
> jihandler@dbh.com     www.dbh.com
>
>
> -----Original Message-----
> From: Rothberg, Robert [mailto:RRothberg@choate.com]

Sent: Friday, April 28, 2006 1:02 PM
To: Handler, Jonathan I.
Cc: Nolan, John B.; Kenna, Larry
Subject: RE: Document Production in Proxy Cases


Jonathan -

I don't want to make a dispute where none exists. Just so that I understand, is it your position that Hartford Lubbock is not controlled by First Harford, that Abigail Bellock and Deborah Ellis are not daughters of Neil Ellis, or that the entries do not relate to payments?

Bob

-----Original Message-----
From:   Handler, Jonathan I. [mailto:jihandler@dbh.com]
Sent:   Fri 4/28/2006 12:36 PM
To:     Rothberg, Robert
Cc:     Nolan, John B.
Subject:    RE: Document Production in Proxy Cases
Bob:

Thanks for your message. The Hartford Lubbock documents you reference do not fall within the ambit of Request No. 6. Accordingly, we do not believe that any supplementation to our response to that request is necessary. I believe FHC's Maine counsel responded yesterday to the question posed in the second sentence of your email.



Jonathan I. Handler, Esq.
Day, Berry & Howard LLP
One International Place | Boston MA 02110| t (617) 345-4734 | f (617) 345-4745

 <mailto:jihandler@dbh.com> jihandler@dbh.com
<http://www.dbh.com/> www.dbh.com
*******************************
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you


-----Original Message-----
From: Rothberg, Robert [mailto:RRothberg@choate.com]
Sent: Thursday, April 27, 2006 6:04 PM

5/9/06

To: Nolan, John B.; Handler, Jonathan I.
Cc: Kenna, Larry; TCN@mpmlaw.com
Subject: Document Production in Proxy Cases

Jay and Jonathan -

Please supplement your response to Request No. 6 of our most recent
document request, by providing records of payments by Hartford Lubbock
(which is controlled by First Hartford) to Neil Ellis's daughters
Abigail Bellock and Deborah Ellis. Alternatively, please consent to our
use in this litigation of the copies of the ledger pages reflecting
those payments which were produced in the Maine litigation.

Thanks.

Bob

*************************************************************************
****
This Message is transmitted to you by the law firm of Choate, Hall &
Stewart LLP. The substance of this message, along with any attachments,
may be confidential and legally privileged. If you are not the
designated recipient of this message, please destroy it and notify the
sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include
the following statement in this message: Any advice contained herein (or
in any attachment hereto) regarding federal tax matters was not intended
or written by the sender to be used, and it cannot be used by any
taxpayer, for the purpose of avoiding penalties that may be imposed on
the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us
at choate.com
*************************************************************************
****



*************************************************************************
****
This Message is transmitted to you by the law firm of Choate, Hall &
Stewart LLP. The substance of this message, along with any attachments,

may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*