# Exhibit F



| | 05-102 (9-04/23) | 3333 | b. | 05133410048 0002 |
|---|---|---|---|---|
| a. T Code ■ 13196 | | This report MUST be filed to satisfy franchise tax requirements | | Do not write in the space above |

**TEXAS FRANCHISE TAX PUBLIC INFORMATION REPORT**

c. Taxpayer identification number: 3-01172-9965-8
d. Report year: 2005

Corporation name and address:
PARKADE CENTER INC
29 BROADWAY %NATHAN BERKMAN & CO
NEW YORK NY 10006-3201

e. PIR / IND: 1  4

g. Secretary of State file number or, if none, Comptroller unchartered number
Item k on Franchise Tax Report, Form 05-142: 0131807300

*If the preprinted information is not correct, please type or print the correct information.*

*The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.*

● Blacken this circle completely if there are currently no changes to the information preprinted in Section A of this report. Then, complete Sections B and C.

**Please sign below!** Officer and director information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers and directors change throughout the year.

Corporation's principal office: 149 COLONIAL ROAD, MANCHESTER, CT 06045
Principal place of business

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
|---|---|---|---|
| NELL ELLIS | PRESIDENT | YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| STUART GREENWALD | SECRETARY | YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| STUART GREENWALD | TREASURER | YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| NELL ELLIS | DIRECTOR | X YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| STUART GREENWALD | DIRECTOR | X YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| FIRST HARTFORD CORPORATION | ME | | 100 |

Registered agent and registered office currently on file. *(See instructions if you need to make changes.)*
Agent: DULAN D ELDER
Office: 1722 BROADWAY MCWHORTER COBB AND JOHNSON
LUBBOCK, TX 79401

○ Blacken this circle if you need forms to change this information. Changes can also be made on-line at http://www.sos.state.tx.us/corp/sosda/index.shtml

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

sign here ▶ [signature]   Title: [illegible]   Date:   Daytime phone (Area code and number)

0003848

| 05-102 (Rev.7-03/22) | 3333 | b. | 04308240602 |

a T Code ■ 13196

**TEXAS FRANCHISE TAX
PUBLIC INFORMATION REPORT**

*MUST be filed to satisfy franchise tax requirements*

Corporation name and address

PARKADE CENTER INC
29 BROADWAY %NATHAN BERKMAN & CO
NEW YORK NY 10006-3201

c. Taxpayer identification number: 3-01172-9965-8
d. Report year: 2004
e. PIR / IND ■ ☐ 1, 2, 3, 4

Secretary of State file number or, if none, Comptroller unchartered number

Item k on Franchise Tax Report, Form 05-142: 0131807300   2

*If the preprinted information is not correct, please type or print the correct information.*

*The following information MUST be provided for the Secretary of State (SOS) by each corporation or limited liability company that files a Texas Corporation Franchise Tax Report. Use additional sheets for Sections A, B, and C, if necessary. The information will be available for public inspection.*

○ Blacken this circle completely if there are currently no changes to the information preprinted in Section A of this report. Then, complete Sections B and C.

Corporation's principal office: 149 COLONIAL ROAD, MANCHESTER, CT 06045
Principal place of business

*Please sign below!* Officer and director information is reported as of the date a Public Information Report is completed. The information is updated annually as part of the franchise tax report. There is no requirement or procedure for supplementing the information as officers and directors change throughout the year.

**SECTION A.** Name, title, and mailing address of each officer and director.

| NAME | TITLE | DIRECTOR | Term expiration (mm-dd-yyyy) |
|---|---|---|---|
| NELL ELLIS | PRESIDENT | ☐ YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| STUART GREENWALD | SECRETARY | ☐ YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| STUART GREENWALD | TREASURER | ☐ YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| NELL ELLIS | DIRECTOR | X YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |
| STUART GREENWALD | DIRECTOR | X YES | |
| MAILING ADDRESS: 149 COLONIAL ROAD MANCHESTER, CT 06045 | | | |

**SECTION B.** List each corporation or limited liability company, if any, in which this reporting corporation or limited liability company owns an interest of ten percent (10%) or more. Enter the information requested for each corporation or limited liability company.

| Name of owned (subsidiary) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| | | | |
| | | | |

**SECTION C.** List each corporation or limited liability company, if any, that owns an interest of ten percent (10%) or more in this reporting corporation or limited liability company. Enter the information requested for each corporation or limited liability company.

| Name of owning (parent) corporation | State of incorporation | Texas SOS file number | Percentage Interest |
|---|---|---|---|
| FIRST HARTFORD CORPORATION | ME | | 100 |

Registered agent and registered office currently on file. (See instructions if you need to make changes.)
Agent: DULAN D ELDER
Office: 1722 BROADWAY MCWHORTER COBB AND JOHNSON
LUBBOCK, TX 79401

○ Blacken this circle if you need forms to change this information. Changes can also be made on-line at http://www.sos.state.tx.us/corp/sosda/index.shtml

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer or director and who is not currently employed by this corporation or limited liability company or a related corporation.

sign here ▶ [signature]   Title: [illegible]   Date: 10/28/04   Daytime phone:

0357192



Reports Unit
P.O. Box 12028
Austin, Texas 78711-2028

Roger Williams
Secretary of State

## Office of the Secretary of State
### PERIODIC REPORT - LIMITED PARTNERSHIP

Filing Number: **11557610**

Filing Fee: **$50.00**

Page 1 of 1

FILED
In the Office of the
Secretary of State of Texas

**JUL 1 1 2005**

**Corporations Section**

1. The limited partnership name is:
   **HARTFORD-LUBBOCK LIMITED PARTNERSHIP II**

2. It is organized under the laws of: (set forth state or foreign country)
   **Texas**

3. The name of the registered agent is:
   **Mark E Golman**
   *(Make changes here):*

4. The business address of the registered agent and the registered office address is:
   **901 MAIN ST., STE 4300,**
   **Dallas, TX 75202**
   *(Make changes here-use street or building address; see Instructions):*

5. The address of the principal office in the United States where the records are to be kept or made available under Article 6132a, Section 1.07 of the Texas Revised Limited Partnership Act is:
   **149 COLONIAL RD.,**
   **Manchester, CT 06040**
   *(Make changes here):*

6. The names and addresses of all general partners of the limited partnership are:
   *(If additional space is needed, include the information as an attachment to this form.)*

   | Name | Address | City/ State/Zip |
   |------|---------|-----------------|
   | PARKADE CENTER, INC. | 149 COLONIAL RD. | Manchester, CT 06040 |

**Execution:**
The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudlent instrument.

Date: _7/5/05_

_PARKADE CENTER INC. GP_
Signed on behalf of the limited partnership

_____
By (general partner)

*Come visit us on the Internet @ http://www.sos.state.tx.us/*

Phone: 512-475-2705     Fax: 512-463-1425     Dial: 7-1-1 for Relay Services