# EXHIBIT 5

Greenwald.ASC

1-77

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * *
                                   *
RICHARD E. KAPLAN,                 *
                                   *
        Plaintiff,                 *
                                   *
- vs. -                            *   C.A. # 04-10402-NMG
                                   *   C.A. # 05-10320-NMG
FIRST HARTFORD CORPORATION,        *
                                   *
        Defendant.                 *
                                   *
* * * * * * * * * * * * * * * * * *
```

      30(b)(6) DEPOSITION of First Hartford Corporation (STUART GREENWALD), a witness called by and on behalf of the Plaintiff, pursuant to the provisions of the Federal Rules of Civil Procedure, before Charles E. Janey, Jr., CVR, a Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Choate Hall & Stewart, LLP, Two International Place, Boston, Massachusetts, 02110, on Tuesday, May 2, 2006, commencing at 11:13 a.m.

2

APPEARANCES:

Page 1

Greenwald.ASC

5        MR. NOLAN: Are you talking about
6   FHC2312?

7        MR. KENNA: Correct.
8        BY MR. KENNA:
9   Q.   Do you have that, sir?
10  A.   Yes, I do.

11  Q.   Let me ask you to refer to what the proxy
12  statement says about David B. Harding about half way
13  down the page where it has a paragraph about
14  Mr. Harding and it says he has been a vice president

15  of First Hartford since 1992, do you see that
16  section?
17  A.   Yes, I do.
18  Q.   Now in 1992, was there an entity in existence
19  known as Richmond Realty, LLC?

20  A.   Yes.
21  Q.   And what did Richmond Realty, LLC, what was
22  its business in 1992?
23       MR. NOLAN: Aren t you limited to new
24  allegations after making this complaint?

JANEY ASSOCIATES

51

1        MR. KENNA: I beg your pardon.

2        MR. NOLAN: Aren t you limited by the
3   judge s order to certain topics and certain events
4   that happened --

Page 50

Greenwald.ASC

```
 5              MR. KENNA: Absolutely not.
 6              MR. NOLAN: You don t think so?
 7              MR. KENNA: No.
 8              MR. NOLAN: All right.  Go ahead.
 9         BY MR. KENNA:
10    Q.        What was the business of Richmond Realty, LLC
11         in 1992?
12    A.        I don t know.
13    Q.        When did you, as an officer and director of
14         First Hartford Corporation, have any involvement or
15         transactions, if you will, with Richmond Realty,
16         LLC?
17    A.        Sometime after that.  It could be a year or
18         two, three years later.
19    Q.        Sometime after 1992?
20    A.        Yes.
21    Q.        And in what connection was that involvement,
22         sir?
23    A.        That was due to the fact that we needed a
24         outside -- theoretically, an outside management
                        JANEY ASSOCIATES
```

52

```
 1         company because myself, Mr. Seddar and Mr. Ellis
 2         could not manage HUD properties for a period of
 3         time.
 4    Q.        So was this sometime in the early 1990's,
```

Page 51