UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN,<br><br>                     Plaintiff,<br><br>v.<br><br>FIRST HARTFORD CORPORATION,<br><br>                     Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-10402-NMG<br>)   C.A. No. 05-10320-NMG<br>)<br>)<br>)<br>) |

### INTENT TO USE THE TESTIMONY OF WITNESSES AT TRIAL

Pursuant to L.R. 43.1(B)(2), the plaintiff, Richard E. Kaplan, hereby advises the Court and the defendant of his intent to use the testimony of the following witnesses at the bench trial of these consolidated cases on Monday, May 15, 2006:

1. The plaintiff Richard E. Kaplan;

2. Stuart I. Greenwald, an officer and director of the defendant corporation;

3. David B. Harding, an officer and director of the defendant corporation; and

4. Neil H. Ellis, an officer and director of the defendant corporation. (Depending on the length of the defendant's examination of the previous three witnesses, Mr. Ellis may be reached to testify in the afternoon on May 15. If Mr. Ellis is not reached on May 15, he will be expected to appear and testify on May 16, 2006.)

The plaintiff also intends to offer the testimony of the defendant First Hartford Corporation through the introduction of portions of the transcripts of the Rule 30(b)(6) depositions taken in these consolidated cases.

Respectfully submitted,

RICHARD E. KAPLAN,
Plaintiff,

By his attorneys,

/s/ Larry C. Kenna
Larry C. Kenna (BBO No. 267760)
Robert Rothberg (BBO No. 430980)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Dated: May 11, 2006

4080463v1