AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Richard Kaplan v. First Hartford

## EXHIBIT AND WITNESS LIST

Case Number: 04-10402-NMG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Nathaniel M. Gorton | Kenna, Rothberg | Nolan, Handler, Hirsch |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-15-06 — All | Dahlstrom | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5-15-06 | | | → Richard Kaplan ← |
| 1 | | | X | X | Schedule 14A Agenda |
| 2 | | | X | X | " Agenda 2/24/05 |
| 3 | | | X | X | Proxy Statement Agenda 11/3/05 |
| | 76A | | X | X | by-laws (amended) |
| ✓ | | | X | X | → Stewart Greenwald ← |
| 4 | | | X | X | Resolution 54 6/15/05 |
| 5A | | | X | X | Minutes 2/19/03 meeting |
| B | | | X | X | letter to prof 54 |
| C | | | X | X | Proxy Statement |
| D | | | X | X | " letter |
| 6 | | | X | X | 2004 Mtg minutes |
| 7 | | | X | X | Stock option grant cert |
| 8 | | | X | X | Special Board mtg 1/14/05 |
| 9 | | | X | X | Promissory Note 5/17/01 |
| 10 | | | X | X | First Hartford 10K 4/30/04 |
| 11 | | | X | X | Release of Claim |
| 12 | | | X | X | Ledger sheets - Rest Realty 2005 |
| 13 | | | X | X | Confidential Ledger sheets |
| ✓ | | 5-16-06 | X | X | → David Harding ← |
| ✓ | | | X | X | → Neil Ellis ← |
| 14 | | | X | X | letter 3/11/92 to Davis |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)         **EXHIBIT AND WITNESS LIST – CONTINUATION**

Richard Kaplan vs. First Hartford    CASE NO. 04-10402

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 15 | | 5/16/06 | ✓ | ✓ | Form 10k  4/30/95 |
| | ~~16~~ | | ~~✓~~ | | ~~Letter to Ellis 3/7/91~~ |
| 16 | | | ✓ | ✓ | Form 10k  86/87 |
| 17 | | | ✓ | ✓ | Form 10k  2005 |
| 18 | | | ✓ | ✓ | Form 10k  2003 |
| 19 | | | ✓ | ✓ | Form 10k  2004 |
| 20 | | | ✓ | ✓ | Minutes 2/13/86 → 38 pgs |

Page 2 of 2 Pages