# Exhibit A

# TIMELINE OF EVENTS

| Date | Event |
|---|---|
| February 13, 1986 | "Shareholder Meeting" (See Exhibit 20) |
| 1986-1996 | No meetings of Board of Directors, shareholders. (See Exhibit 20) |
| 1988 or 1989 | Exchange of properties between FHC and MIP 16A Corporation (Ellis owned entity) whereby FHC obtains industrial property in Manchester, CT and MIP 16A Corporation obtains Scitico Gardens apartment complex and assumes $670,324 debt to FHC (See Exhibit 2, p. 10; Greenwald testimony, Tr. I at pp. 111-116) |
| May 1, 1989 – April 30, 1998 (Fiscal Years 1990 – 1998) | No independent accountants or audited financial statements |
| August 9, 1991 | HUD issuance of First Audit Report (Exhibit 14, page 13) |
| March 11, 1992 | Date of HUD letter to Ellis, Greenwald, FHRC and Seader informing them of their suspension from participation in HUD programs (Exhibit 14, page 6) |
| 1992 | United States sues FHRC, Ellis and others in Connecticut (Exhibit 14, page 3) |
| | HUD brings administrative proceedings to debar FHRC, Ellis, Greenwald and Seader from participating in HUD programs (Exhibit 14, page 4) |
| | One Debtor Entity, Presidential Gardens Associates, files Ch. 11 bankruptcy in Massachusetts (Exhibit 14, page 1) |
| | FHC subsidiary owns 75% of Hartford Lubbock; Mid-Mem (bank) owns 25% (Harding testimony, Tr. II at p. 2-11) |
| 1993 | Eight (8) additional Debtor Entities, including Allen Park Associates and Park West Associates, file Ch. 11 bankruptcies in Massachusetts (Exhibit 14, pp. 1-2) |

| Date | Event |
|---|---|
| **February 22, 1994** | Ellis *et al.* sign Settlement Agreement with HUD and DOJ (Exhibit 14, page 1) |
| **July, 1994** | HUD conducting Second Audit to determine amount of questioned transfers to, by or on behalf of FHRC, Ellis, or any affiliates (Exhibit 14, p. 13) |
| | Ellis *et al.* voluntarily agree not to manage projects with HUD insured or HUD held mortgage for 3 years (Exhibit 14, p. 19) |
| **1996** | Hartford-Lubbock Transactions. FHC interest in partnership decreases from 75% to 1%; Journal Publishing Company, Inc. obtains 99% interest from FHC and Bank |
| | Richmond Realty, LLC takes over management of FHC HUD insured properties (Harding testimony, Tr. II at p. 2-23). Harding is President of Richmond Realty, LLC |
| **1997** | FHC Board holds 4 meetings (Exhibit 20) |
| | Harding becomes Director of FHC at Ellis's invitation (Harding testimony, Tr. II at p. 2-7) |
| **1998-2001** | No Board meetings held (Exhibit 20) |
| **May 17, 2000** | Journal Publishing Co., Inc. loan of $1,575,000 to Putnam Parkade, Inc. with interest plus participation payments as additional interest (Exhibit 9) |
| **"Prior to 2001"** | Loans made by Ellis to FHC; amounts owed to FHC by Ellis (Exhibit 2, p. 10; Ellis testimony, Tr. II at pp. 2-48 through 2-50) |
| **2001-2006** | Ellis's daughters Abigail Bellock and Deborah Ellis paid $60,000 per year by Hartford Lubbock Limited Partnership II; $10,000 paid to William Bellock in 2005 (Exhibit 13) |
| **2002** | Ellis directs Hartford Lubbock Limited Partnership II to pay a special management fee of $200,000 to FHC. The fee is not paid at that time. |
| | FHC Board holds 1 meeting (Exhibit 20) |

| Date | Event |
|---|---|
| 2003 | Ellis directs Hartford Lubbock Limited Partnership II to pay a special management fee of $100,000 to FHC. The fee is not paid at that time. |
| December 8 and 11, 2003 | FHC Board holds 3 meetings (Exhibit 20) |
| December 19, 2003 | Lehrer and Filipelli file Schedule 13Ds (Exhibit 2, pp. 11-12) |
| December 29, 2003 | Directors meeting scheduling January 2004 Stockholders meeting and adopting FHC 2003 Stock Option Plan (Exhibit 5) |
| January 22, 2004 | Stock Option Plan Proxy Statement mailed to shareholders (Exhibit 1) |
| February 11, 2004 | Shareholder Meeting adopts FHC 2003 Stock Option Plan |
| February 27, 2004 | Directors meeting authorizing "put options" (Exhibit 6; see Exhibit C to Exhibit 6) |
|  | Stock Option Certificates issued to Harding, Greenwald, 3 others (Exhibit 7) |
|  | Kaplan I filed |
| May 1, 2004 – April 14, 2005 | Richmond Realty LLC owed First Hartford $72,000 (Exhibit 12); Richmond Realty LLC owed First Hartford and its subsidiaries $62,418.75 net of all amounts owed by them to Richmond Realty |
| October 13, 2004 | Kaplan submits Shareholder Proposal for February 2005 Stockholder meeting |
| October 25, 2004 | Putnam Parkade refinanced and Journal Publishing loan paid (Exhibit 3, p. 11) |

-3-

| Date | Event |
|---|---|
| 2004 | Special management fees of $300,000 owed by Hartford Lubbock Limited Partnership to FHC from 2002 and 2003 are "offset" against amounts owed to Journal Publishing Co., Inc. by FHC (Exhibit 2, p. 10)<br><br>$670,324 owed to FHC by MIP 16A Corporation in connection with debt assumed in 1989 property exchange "offset" against amounts owed to Journal Publishing Co., Inc. by FHC (Exhibit 2, p. 10) |
| January 31, 2005 | Shareholder Proposal Proxy Statement mailed to shareholders (Exhibit 2) |
| February 17, 2005 | Kaplan II filed |
| February 24, 2005 | Shareholder Proposal Meeting held (Exhibit 2) |
| June 15, 2005 | Board meeting authorizes investigation of lawsuit against Richard Kaplan (Exhibit 4) |
| October 28, 2005 | Ratification Proxy Statement mailed to shareholders (Exhibit 3) |
| November 14, 2005 | Board meeting authorizes indemnification of FHC officers (Exhibit 8) |
| November 30, 2005 | Ratification Meeting held |
| January 9, 2006 | "Confirmation" of Release of Putnam Parkade obligation (Exhibit 11; Ellis testimony, Tr. II at pp. 2-37 through 2-43) |
| March 9, 2006 | Kaplan III filed |

-4-