UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN, | ) |
| *Plaintiff,* | ) Civil Action Nos. |
| | ) 04-10402-NMG |
| v. | ) 05-10320-NMG |
| | ) 06-01424-NMG |
| FIRST HARTFORD CORPORATION, | ) CONSOLIDATED |
| *Defendant.* | ) |

## POST-TRIAL SUBMISSION

Pursuant to the Court's order upon the close of evidence at trial, defendant First Hartford Corporation hereby submits the following documents:

A. <u>Charts Regarding Corporate Entities</u>

    1. First Hartford Corporation (and related entities) (attached as Exhibit "1")

    2. Neil Ellis and Elizabeth Ellis/David and Pam Harding (and related entities) (attached as Exhibit "2")

B. <u>Timeline of Relevant Events (attached as Exhibit "3")</u>

Respectfully submitted,

FIRST HARTFORD CORPORATION

By its attorneys,

    /s/ Jonathan I. Handler
Jonathan I. Handler, BBO #561475
Jillian B. Hirsch, BBO #659531
DAY, BERRY & HOWARD LLP
260 Franklin Street
Boston, MA 02110-3179
(617) 345-4600

-and-

John B. Nolan (admitted *pro hac vice*)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103
(860) 275-0100

Dated: May 23, 2006

## CERTIFICATE OF SERVICE

    I, Jonathan I. Handler, hereby certify that on this 23rd day of May 2006, I served a true and correct copy of the foregoing *Post-Trial Submission* via e-mail and first class mail on Larry C. Kenna, Choate, Hall & Stewart, Two International Place, Boston, Massachusetts, 02110.

                                              /s/ Jonathan I. Handler
                                               Jonathan I. Handler