# EXHIBIT 1



**Footnotes:**

(1) Maine Corporation – Parent Holding Company
(1)(A) Maine Corporation
(2) Connecticut Corporation(s)
(3) Delaware Corporation(s)
(4) Rhode Island Corporation(s)
(5) New Jersey Corporation
(6) Texas Corporation
(7) PCI holds 1% interest in Texas Limited Partnership (Hartford-Lubbock Limited Partnership II). PCI also holds 1% interest in HLLP I. Net interest is thus 2%.
(8) Rhode Island limited liability companies
(9) Rhode Island limited partnership
(10) Rhode Island corporation
(11) Massachusetts Corporation
(12) Connecticut limited liability company authorized to do business in MA

**Corporate Notes:**

(A) **FHC** is parent holding company.
(B) **FHRC** is the real estate development company and currently leases the principal corporate offices in Manchester, CT.
(C) **EH&N** is a construction development company used for miscellaneous projects.
(D) **Putnam Parkade, Inc.** owns shopping center in Putnam, CT.
(E) **Parkade Center, Inc.** (See FN #7)
(F) **Plainfield Parkade, Inc.** owns shopping center in Plainfield, CT.
(G) **Lead Tech, Inc.** is environmental abatement company.
(H) **1150 Union Street Corp.** owns shopping center in West Springfield, MA.
(I) **DE 150 Corp.** owns FHRC corporate offices in Manchester, CT and is 100% Interest Member of Main Street NA Parkade, LLC.
(J) **Brewery Parkade, Inc.** - Development Member entity which holds Interest(s) in entities regarding Cranston, RI properties.
(K) **Tri-City Plaza, Inc.** - Holds Member Interest in owner of Dover, NJ center.
(L) **Bangor Parkade, Inc.** - Holds a master ground leasehold interest in pending **Bangor III** project in Bangor, Maine.
(M) **Connolly & Partners** - Acquisitions.
(N) **FHRC Management Corp.** formed to provide management services to properties to be developed by Connolly and Partners, LLC.

Limited Liability Companies and Partnerships in which FHC 1st or 2nd tier subsidiaries retain an interest (see prior page).

Cranston Parkade, LLC
Trolley Barn Associates, LLC
CP Associates, LLC
Main Street NA Parkade, LLC
Dover Parkade, LLC
Cranston/BVT Associates Limited Partnership
Hartford-Lubbock Limited Partnership II