# EXHIBIT 2



**Neil Ellis and Elizabeth Ellis (and related entities)**
|
Green Manor Corp. – Holding Company
|
MIP 16A (Scitico Gardens)

Journal Publishing
|
Lubbock Parkade, Inc.
|
Hartford Lubbock Limited Partnership – 99%
|
Hartford Lubbock Limited Partnership II – 99%
(Shopping Center in Lubbock, TX)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**David and Pam Harding**
|
Richmond Realty, LLC