UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD E. KAPLAN,<br><br>        Plaintiff,<br><br>        v.<br><br>FIRST HARTFORD CORPORATION,<br><br>        Defendant. | C.A. No. 04-10402-NMG<br>C.A. No. 05-10320-NMG<br>C.A. No. 06-10424- NMG<br>CONSOLIDATED |

## PLAINTIFF RICHARD E. KAPLAN'S MOTION
## FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

These three consolidated cases arose from allegations that the defendant, First Hartford Corporation ("FHC"), violated federal securities law by making material misstatements and omissions in proxy statements. The Court held a bench trial on May 15 and 16, 2006, and published its Findings of Fact and Conclusions of Law on July 10, 2006. The Court ordered that judgment enter for the plaintiff on Count I of the consolidated complaints, and further ordered that future proxy materials comply with the Court's decision, which FHC was ordered to provide to its shareholders with the next proxy statement.

Pursuant to Fed. R. Civ. P. Rule 54(d)(2)(A), the plaintiff hereby moves the Court for an award of attorneys' fees and related expenses.

Filed with and in support of this motion are (i) First Affidavit of Counsel in Support of Motion for Award of Attorneys' Fees and Expenses (with attached Exhibits 1 -13); (ii) Second Affidavit of Counsel in Support of Motion for Award of Attorneys' Fees and Expenses (with attached Exhibits A through N); and (iii) Plaintiff's Memorandum of Law in Support of Motion for Award of Attorneys' Fees and Expenses.

Respectfully submitted,

RICHARD E. KAPLAN,
Plaintiff,

By his attorneys,

/s/ Larry C. Kenna
Larry C. Kenna (BBO No. 267760)
Robert Rothberg (BBO No. 430980)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000

Dated: July 24, 2006

4103156v1