# Exhibit 13





# Larry C. Kenna
Of Counsel

617-248-2113
lkenna@choate.com

Larry C. Kenna, a member of the Litigation Department, has more than 20 years experience litigating complex product liability and commercial cases at both trial and appellate levels in the Massachusetts state and federal courts. Mr. Kenna's practice includes comprehensive litigation experience with emphasis on the defense of complex personal injury and product liability cases including fire and explosion cases, chemical exposure cases, machine injury cases, automobile and helicopter accident cases, and cases involving death or adverse reactions to various consumer products.

As an Officer in the United States Marine Corps, Mr. Kenna served a tour of duty in combat in the Republic of Vietnam during 1969-1970.

**Practice Areas**
Class Action Defense

Major Commercial Litigation

**Education**
Suffolk University Law School
JD 1975

Colgate University
BA 1968

**Clerkship**
Honorable Edward F. Hennessey,
Chief Justice of the Supreme Judicial Court of Massachusetts, 1975-1976

**Bar Admissions**
Massachusetts

US District Courts, *Massachusetts & Arizona*

US Courts of Appeals, *First & Ninth Circuits*

### Representative Engagements

- Served as lead counsel for a large consumer products company in many consumer product liability cases and in the company's personal hygiene product litigation in Massachusetts.

- Served as lead counsel for a Japanese company, its American subsidiary and several of its affiliated formulators and distributors of the amino acid L-tryptophan in more than 30 cases brought in Massachusetts, New Hampshire, Vermont and Rhode Island.

- Served as lead counsel for a large pharmaceutical company in the company's Bendectin litigation in Massachusetts.

- Served as lead counsel in the federal district court case in which the first summary judgment for the company was obtained in a Bendectin case where the company successfully advocated the adoption of a standard for the pre-trial scrutiny of expert opinion testimony that eventually became the so-called Daubert standard. *Lynch v. Merrell Nat'l Labs*, 646 F. Supp. 856 (D. Mass. 1986), aff'd, 830 F.2d 1190 (1st Cir. 1987).

- Served as lead trial counsel for a large manufacturer of imaging products and systems in a 5-week state court jury trial, defending claims of environmental pollution and violations of M.G.L. c.93A.

# CHOATE
CHOATE HALL & STEWART LLP



**Practice Area**
General Corporate & Securities

**Education**
Harvard Law School
*cum laude*
JD 1974

Cornell University
Industrial Engineering
ME 1971
BS 1970

**Bar Admission**
Massachusetts

# Robert Rothberg
Of Counsel

617-248-5021
rrothberg@choate.com

Robert Rothberg is a member of the firm's Corporate Department. His practice involves most areas of business and corporate law, including mergers and acquisitions, securities law, and debt and equity financings. He works with public companies, private companies, family companies and individuals. His experience includes seven years as Vice President and General Counsel of Cabot Corporation, a multi-national NYSE company, handling all legal matters including general business, SEC, antitrust, international, intellectual property, litigation, employment and environmental matters, as well as acquisitions, financings and takeover defenses.

Mr. Rothberg is also a mediator and arbitrator.

## Representative Engagements
- Represented a newly formed nanotechnology company in its formation and initial round of venture capital financing.

- Served as Special Counsel to the independent directors of a nonpublic company in evaluating the transfer of a portion of the business to its majority shareholder, and the sale of the remaining business to an unrelated public company in a transaction valued at approximately $750 million.

- As General Counsel of Cabot Corporation, oversaw the initial public offering and spin-off of its Cabot Microelectronics subsidiary as an independent public company with a market capitalization of more than $1 billion.

- Served as Counsel to a Special Committee of the Board of Directors of a NYSE company in investigating and acting upon a shareholder demand for the company to bring suit against certain directors.

## Professional and Community Involvement
Mr. Rothberg is a member of Boston Bar Association. He was a Lecturer at the Boston University School of Management for the 2001-2002 academic year. He is a director of the Gifford School, a school for special needs children.