# Exhibit A

Case 1:04-cv-10402-NMG    Document 59-2    Filed 07/24/2006    Page 1 of 2

| | DATE | INVOICE # | BOOK FEE | DISCOUNT | REDUCTION | FEE MOTION AMT | EXPENSES |
|---|---|---|---|---|---|---|---|
| 1 | 3/31/04 | 1210897 | $ 42,556.50 | $ 4,255.65 | $ 11,320.00 | $ 26,980.85 | $ 198.80 |
| 2 | 5/28/04 | 1213226 | $ 13,216.25 | $ 1,321.63 | - | $ 11,894.62 | $ 31.14 |
| 3 | 7/26/04 | 1216480 | $ 15,419.25 | $ 1,541.93 | - | $ 13,877.32 | - |
| 4 | 9/24/04 | 1218778 | $ 21,759.25 | $ 2,175.93 | - | $ 19,583.32 | - |
| 5 | 11/19/04 | 1221364 | $ 29,546.25 | $ 2,954.63 | $ 5,869.50 | $ 20,722.12 | $ 21.83 |
| 6 | 2/28/05 | 1225633 | $ 26,334.00 | $ 2,633.40 | $ 5,422.50 | $ 18,278.10 | - |
| 7 | 6/17/05 | 1230167 | $ 55,952.75 | $ 5,595.28 | $ 16,232.50 | $ 34,124.97 | $ 2,566.65 |
| 8 | 8/16/05 | 1233265 | $ 41,878.50* | $ 4,041.85 | $ 6,795.50 | $ 31,041.15 | $ 1,690.29 |
| 9 | 9/16/05 | 1234843 | $ 12,706.00 | $ 1,270.60 | $ 7,107.50 | $ 4,327.90 | $ 1,804.07 |
| 10 | 12/20/05 | 1239839 | $ 14,471.50 | $ 1,447.15 | $ 5,871.00 | $ 7,153.35 | $ 398.69 |
| 11 | 3/20/06 | 1244264 | $ 46,830.50 | $ 4,683.05 | $ 38,402.50 | $ 3,744.95 | $ 179.37 |
| 12 | 4/21/06 | 1245892 | $ 39,614.05 | $ 3,961.41 | $ 16,869.00 | $ 18,783.64 | $ 876.68 |
| 13 | 7/20/06 | 1250882 | $147,933.45 | $14,793.35 | $ 23,641.25 | $ 109,498.85 | $ 2,988.33 |
| | | | | | | $ 320,011.14 | $ 10,755.85 |

*The book fee for this Invoice was reduced by a write-off of $1,460.00 before the client was billed. The discount was based on a book fee of $40,418.50.

4105318v3