# Exhibit B

# CHOATE, HALL & STEWART
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000  FAX (617) 248-4000

WWW.CHOATE.COM

March 31, 2004

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

No. 0649546 EWW
Invoice No. 1210897

For professional services rendered during February 2004
as described on the attached computer print-outs:

First Hartford Corp.
    Fees for services............................ $38,300.85
    Ancillary services and disbursements........     473.80

JS

CHOATE, HALL & STEWART

Page 1 (1)

AS OF 02/29/04

0649546  SBK Associates
0013     First Hartford Corp.

SBK Associates
Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 03/31/04         For period ending 02/29/04

SERVICES RENDERED

| DATE MARKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 01/20/04 | Review documents, T-Wodlinger, Kaplan, D-Inspection demand | 0104 | | 2.50 | Rothberg | 470 | 1,175.00 |
| 01/21/04 | Conference with R. Rothberg re: First Hartford Corporation shareholders meeting and information; review documents; including 10-K, notice of shareholders meeting, financial information etc.; conference with R. Rothberg and E. Wodlinger re: strategy; conference with R. Kaplan re: same. | 0104 | | 3.25 | Kenna | 440 | 1,430.00 |
| 01/27/04 | T-EWW, T-Kenna, D, e-mail, T-O'Donnell office, 3T-Rich | 0104 | | 1.50 | Rothberg | 470 | 705.00 |
| 01/27/04 | Conferences with R. Rothberg re: stockholders' list and demand for production of documents; research potential causes of action. | 0104 | | 1.25 | Kenna | 440 | 550.00 |
| 01/28/04 | 3T-Richard, T-SEC | 0104 | | .50 | Rothberg | 470 | 235.00 |
| 01/29/04 | Serve demand for production of corporate documents; conferences with R. Rothberg and R. Kaplan re: same. | 0104 | | .75 | Kenna | 440 | 330.00 |

0649546 SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

BILLING ATTORNEY EWW    0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 03/31/04       For period ending 02/29/04

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 02/04/04 | T-Rich Kaplan | 0204 | | .10 | Rothberg | 470 | 47.00 |
| 02/05/04 | Review, T-Budd, T-LCK, Kaplans | 0204 | | .95 | Rothberg | 470 | 446.50 |
| 02/05/04 | Telephone conferences re: strategy with R. Rothberg, R. Kaplan; research jurisdiction and venue issues. | 0204 | | 2.25 | Kenna | 440 | 990.00 |
| 02/06/04 | T-Budd, e-mail | 0204 | | .35 | Rothberg | 470 | 164.50 |
| 02/06/04 | Legal research re: venue and jurisdiction in proxy case. | 0204 | | 1.25 | Kenna | 440 | 550.00 |
| 02/09/04 | Legal research re jurisdiction, nationwide service of process; conference w/R. Rothberg and R. Kaplan re strategy. | 0204 | | 2.50 | Kenna | 440 | 1,100.00 |
| 02/09/04 | T-LCK, Rich Kaplan | 0204 | | .25 | Rothberg | 470 | 117.50 |
| 02/10/04 | Telephone conference w/R. Rothberg re Maine corporation law statutes; research Maine corporation law statutes re calling of stockholders' meetings; conference w/R. Rothberg re stockholders' list and telephone conference w/counsel for First Hartford. | 0204 | | 1.00 | Kenna | 440 | 440.00 |
| 02/09/04 | Review, Research Maine law, T-LCK, T-Budd, T-LCK, e-mails | 0204 | | 1.80 | Rothberg | 470 | 846.00 |
| 02/11/04 | Proxy Statement, etc, T-LCK | 0204 | | 4.00 | Rothberg | 470 | 1,880.00 |
| 02/11/04 | Telephone conference w/R. Rothberg re strategy and status; review corporate documents received from First Hartford; research jurisdiction and venue issues and substantive claims; draft complaint. | 0204 | | 4.50 | Kenna | 440 | 1,980.00 |
| 02/12/04 | Research jurisdiction and venue issues; conference w/J. Baraniak re case; draft complaint. | 0204 | | 6.00 | Kenna | 440 | 2,640.00 |
| 02/12/04 | Conference with L. Kenna regarding new shareholder dispute | 0204 | | .25 | Baraniak | 415 | 103.75 |

CHOATE, HALL & STEWART

Page 3 (3)

AS OF 02/29/04

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 03/31/04   For period ending 02/29/04

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 02/13/04 | Attention to draft complaint; review, revise and serve letter to Budd. | 0204 | | .75 | Kenna | 440 | 330.00 |
| 02/13/04 | Reviewed draft letter to opposing counsel regarding documents requested; read e-mails regarding same | 0204 | | .25 | Baraniak | 415 | 103.75 |
| 02/13/04 | T-Kaplan, Draft letter, Derivative Suit issue, Check SEC Filings, etc | 0204 | | 2.70 | Rothberg | 470 | 1,269.00 |
| 02/17/04 | Worked on draft complaint; conference with B. Rothberg regarding same | 0204 | | 3.25 | Baraniak | 415 | 1,348.75 |
| 02/18/04 | Worked on drafting complaint | 0204 | | 4.25 | Baraniak | 415 | 1,763.75 |
| 02/19/04 | Worked on draft complaint | 0204 | | 2.75 | Baraniak | 415 | 1,141.25 |
| 02/20/04 | Reviewed Rothberg suggested edits to draft complaint | 0204 | | .50 | Baraniak | 415 | 207.50 |
| 02/20/04 | Review complaint, comments | 0204 | | 1.50 | Rothberg | 470 | 705.00 |
| 02/23/04 | T-LCK, T-LCK, Rich Kaplan | 0204 | | .75 | Rothberg | 470 | 352.50 |
| 02/23/04 | Reviewed SEC Forms 3 and 4 (beneficial ownership) referenced in draft complaint | 0204 | | .25 | Baraniak | 415 | 103.75 |
| 02/23/04 | Review all recent correspondence; review revised draft complaint and Rothberg comments thereon; conference with R. Rothberg and R. Kaplan re: same; review Schedule 14A Requirements for Proxy Statement. | 0204 | | 2.75 | Kenna | 440 | 1,210.00 |
| 02/24/04 | Review complaint | 0204 | | .60 | Rothberg | 470 | 282.00 |
| 02/24/04 | Review and revise shareholder complaint; email correspondence with | 0204 | | 2.25 | Kenna | 440 | 990.00 |

CHOATE, HALL & STEWART

Page 4 (4)

AS OF 02/29/04

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

BILLING ATTORNEY EWW  0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 03/31/04     For period ending 02/29/04

UNBILLED TIME DETAIL

SERVICES RENDERED

| DATE WORKED | SERVICES RENDERED | MONTH CODES | WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|
| 02/25/04 | R. Rothberg and J. Baraniak re: same. | 0204 | .75 | Baraniak | 415 | 311.25 |
| 02/25/04 | Further revised draft complaint; e-mails to B. Rothberg, L. Kenna regarding same and litigation strategy | 0204 | .75 | Baraniak | 415 | 311.25 |
| 02/25/04 | Review and revise complaint; attention to various issues involving complaint. | 0204 | 4.25 | Kenna | 440 | 1,870.00 |
| 02/25/04 | Review complaint, shareholder list issues | 0204 | .75 | Rothberg | 470 | 352.50 |
| 02/26/04 | Review and revise complaint; attention to comments to complaint; attention to filing and service of complaint. | 0204 | 2.75 | Kenna | 440 | 1,210.00 |
| 02/26/04 | Went to District Court to open and file a new case. | 0204 | 1.00 | Richard | 120 | 120.00 |
| 02/26/04 | Read e-mails regarding draft complaint; reviewed most recent version of same | 0204 | .75 | Baraniak | 415 | 311.25 |
| 02/27/04 | C-LCK, C-EWW | 0204 | .20 | Rothberg | 470 | 94.00 |
| 02/27/04 | Conference with R. Kaplan re: complaint v. First Hartford Corporation; attention to final revisions to same; conference with R. Rothberg re: same; attention to filing and service of complaint; research re: Connecticut law of service and state marshalls; call to State Marshall Johnston to arrange for service of Summons and Complaint. | 0204 | 3.25 | Kenna | 440 | 1,430.00 |

SUBTOTAL                                           MATTER TOTALS:    96.60                           42,556.50

MATTER TOTALS:                                                       96.60                           42,556.50

| WORKING ATTORNEY | HOURS WORKED | RATE | BOOK FEE |
|---|---|---|---|
| 0227 Kenna | 47.75 | 440 | 21,010.00 |
| 0231 Rothberg | 33.35 | 470 | 15,674.50 |
| 1121 Baraniak | 13.00 | 415 | 5,395.00 |
| 1480 Richard | 1.00 | 120 | 120.00 |
|  | 96.60 |  | 42,556.50 |

```
CHOATE, HALL & STEWART                                              Page 7 (7)    UNBILLED DISBURSEMENTS DETAIL
AS OF 02/29/04

0649546  SBK Associates                                    BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0013     First Hartford Corp.                              CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager                        MATTER 0013 First Hartford Corp.
         SBK Associates, LLC                               Prepared 03/31/04     For period ending 02/29/04
         Massachusetts Office
         2345 Washington Street, Suite 101                 Billing frequency is M
         Newton, MA 02462-1458                             Proforma Index: 554779   Batch:   88925

DATE      DISBURSEMENTS                                    AUTH   ENTRY DISBURSEMENTS                  ITEMS INDEX #   CHECK      AMOUNT

02/20/04  *ROGALSKI* On-Line Legal Research - -            0100   0204 206  On-Line Legal Research     4387828 336211              35.00
          VENDOR:Molly Hamill
02/26/04  Filing and Fees - - VENDOR:United States         0227   0204 209  Filing and Fees            4395950 336114             150.00
02/27/04  Boston Cab, trip number: 0073903                        0304 045  Cab Fare                   4413710 336676               6.75
02/27/04  Boston Cab, trip number: 0073902                        0304 045  Cab Fare                   4413766 336676               7.05

                                                                  Summary by disbursement type:

                                                                  045    Cab Fare                                                  13.80
                                                                  206    On-Line Legal Research                                    35.00
                                                                  209    Filing and Fees                                          150.00

                                                                  TOTAL DISBURSEMENTS:                                            198.80


                                                                  Fees                                                         42,556.50
                                                                  Ancillary services                                              275.00
                                                                  Disbursements                                                   198.80

                                                                  * TOTAL                                                      43,030.30  *
```