# Exhibit C

# CHOATE, HALL & STEWART
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000   FAX (617) 248-4000

WWW.CHOATE.COM

May 28, 2004

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

No. 0649546 EWW
Invoice No. 1213226

For professional services rendered during April 2004
as described on the attached computer print-outs:

First Hartford Corp.
    Fees for services............................ $12,299.62
    Ancillary services and disbursements........     629.90

JS

CHOATE, HALL & STEWART
AS OF 04/30/04

Page 198 (1)

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 05/16/04        For period ending 04/30/04

0649546     SBK Associates
0013        First Hartford Corp.
            Richard E. Kaplan, Manager
            SBK Associates, LLC
            Massachusetts Office
            2345 Washington Street, Suite 101
            Newton, MA 02462-1458

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 03/01/04 | Attention to service of Summons and complaint; correspondence with state marshal re: service of process. | 0304 | | .50 | Kenna | 440 | 220.00 |
| 03/01/04 | Document request thoughts | 0304 | | .35 | Rothberg | 470 | 164.50 |
| 03/02/04 | Attention to discovery, initial disclosures, scheduling of case. | 0304 | | 1.25 | Kenna | 440 | 550.00 |
| 03/04/04 | Telephone conference re: service on First Hartford with state office; attention to discovery schedule; e-mail correspondence re: same. | 0304 | | 1.00 | Kenna | 440 | 440.00 |
| 03/05/04 | Conference with R. Kaplan re: status and obtaining stockholder list; strategy. | 0304 | | .25 | Kenna | 440 | 110.00 |
| 03/10/04 | Attention to status of case and to request for production of documents. | 0304 | | 1.75 | Kenna | 440 | 770.00 |
| 03/11/04 | Attention to document request to First Hartford; attention to service of summons and complaint on First Hartford. | 0304 | | .50 | Kenna | 440 | 220.00 |
| 03/18/04 | Conference with R. Kaplan and D. Kaplan re: status; conference with R. Rothberg re: request for production of documents. | 0304 | | .25 | Kenna | 440 | 110.00 |
| 03/19/04 | Review | 0304 | | .10 | Rothberg | 470 | 47.00 |
| 03/19/04 | Attention to First Hartford request for extension of time to answer or respond to Complaint; e-mail correspondence re: same. | 0304 | | .25 | Kenna | 440 | 110.00 |
| 03/19/04 | Telephone call from First Hartford counsel regarding extension; conference with L. Kenna regarding same | 0304 | | .25 | Baraniak | 415 | 103.75 |
| 03/22/04 | Telephone conference with J. Handler, defendant's counsel re: request for extension of time to respond to Complaint; email correspondence to client re: same. | 0304 | | .50 | Kenna | 440 | 220.00 |
| 03/22/04 | Conference with L. Kenna regarding First Hartford request for an extension to respond to the Complaint | 0304 | | .25 | Baraniak | 415 | 103.75 |
| 03/20/04 | E-mail LCK | 0304 | | .20 | Rothberg | 470 | 94.00 |
| 03/30/04 | Reviewed answer | 0304 | | .25 | Baraniak | 415 | 103.75 |
| 03/30/04 | Telephone conference with R. Kaplan re: offer for stock; e-mail correspondence re: same to R. Rothberg; attention to filings made by First Hartford Corporation. | 0304 | | .75 | Kenna | 440 | 330.00 |

CHOATE, HALL & STEWART  Page 199 (2)  UNBILLED TIME DETAIL
AS OF 04/30/04

BILLING ATTORNEY BWW  0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 05/16/04       For period ending 04/30/04

0649546 SBK Associates
0013    First Hartford Corp.
        Richard E. Kaplan, Manager
        SBK Associates, LLC
        Massachusetts Office
        2345 Washington Street, Suite 101
        Newton, MA 02462-1458

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 03/30/04 | Review Answer | 0304 | | .20 | Rothberg | 470 | 94.00 |
| 03/31/04 | T-Kenna, T-Rich Kaplan, T-O'Brien re offer to purchase | 0304 | | .50 | Rothberg | 470 | 235.00 |
| 03/31/04 | Attention to Rule 26(f) conference; conference with R. Rothberg re: O'Brien call re: stock purchase; conference with R. Kaplan; correspondence to opposing counsel re: rule 26(f) conference. | 0304 | | .75 | Kenna | 440 | 330.00 |
| 04/06/04 | T-LCK | 0404 | | .10 | Rothberg | 495 | 49.50 |
| 04/06/04 | Attention to scheduling order issues by federal court; conference with R. Rothberg regarding scheduling and other matters. | 0404 | | .75 | Kenna | 450 | 337.50 |
| 04/07/04 | Attention to discovery plan and agenda for Rule 26(f) conference; e-mail correspondence to client and others regarding same. | 0404 | | 2.75 | Kenna | 450 | 1,237.50 |
| 04/08/04 | Conference with R. Kaplan and R. Rothberg regarding discovery plan and settlement proposal; attention to discovery plan. | 0404 | | .75 | Kenna | 450 | 337.50 |
| 04/08/04 | C-LCK re discovery, settlement proposal, T-Rich, LCK re same, D-Settlement Proposal | 0404 | | .90 | Rothberg | 495 | 445.50 |
| 04/09/04 | Review draft letter to Counsel | 0404 | | .10 | Rothberg | 495 | 49.50 |
| 04/09/04 | Draft letter to opposing counsel regarding documents; attention to settlement proposal; prepare for Rule 26(f) conference. | 0404 | | 1.25 | Kenna | 450 | 562.50 |
| 04/13/04 | Correspondence re: Rule 26(f) conference and preparation for same. | 0404 | | 1.50 | Kenna | 450 | 675.00 |
| 04/13/04 | T-Rich, LCK re settlement proposal, Revise, T-LCK re meeting with counsel | 0404 | | .25 | Rothberg | 495 | 123.75 |
| 04/14/04 | Prepare for Rule 26(f) conference; draft Initial Disclosures and Settlement Offer. | 0404 | | 3.75 | Kenna | 450 | 1,687.50 |
| 04/16/04 | Prepare for conference; conference with R. Kaplan and R. Rothberg re: various matters; attend Rule 26(f) conference and report to R. Kaplan. | 0404 | | 2.75 | Kenna | 450 | 1,237.50 |
| 04/16/04 | Conf with LCK, Handler; T-LCK, Rich | 0404 | | .45 | Rothberg | 495 | 222.75 |
| 04/21/04 | Correspondence with client re: discovery directed to plaintiff, certifications, etc.; e-mail correspondence with counsel for First Hartford re: document request and scheduling matters. | 0404 | | 1.25 | Kenna | 450 | 562.50 |

```
CHOATE, HALL & STEWART                                    Page 200 (3)
AS OF 04/30/04

0649546   SBK Associates
0013      First Hartford Corp.
          Richard E. Kaplan, Manager
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

                              UNBILLED TIME DETAIL

                              BILLING ATTORNEY BWW   0215   Eric W. Wodlinger
                              CLIENT 0649546 SBK Associates
                              MATTER 0013 First Hartford Corp.
                              Prepared 05/16/04    For period ending 04/30/04

                              SERVICES RENDERED

DATE      ENTRY   WORK                                           HOURS
WORKED    MONTH   CODES                                          WORKED   WORKING ATTY   RATE   BOOK FEE

04/22/04  0404           E-mail correspondence re: correspondence re: document production by
                         First Hartford.                           .25    Kenna           450    112.50

04/23/04  0404           Attention to status of case.              .25    Kenna           450    112.50

04/26/04  0404           T-Rich and LCK                            .25    Rothberg        495    123.75

04/26/04  0404           Conference with R. Kaplan and R. Rothberg re: stock ownership and
                         responses to First Hartford discovery requests; attention to
                         settlement proposal.                      .50    Kenna           450    225.00

04/27/04  0404           Review joint statement, locate proxy mailing/tabulation service
                                                                   .65    Rothberg        495    321.75

04/28/04  0404           2T-Rich, Review Trust Delegation          .20    Rothberg        495     99.00

04/29/04  0404           Attention to status of case and compliance with Court scheduling
                         order.                                    .75    Kenna           450    337.50

                                                SUBTOTAL          29.25                        13,216.25

                                                MATTER
                                                TOTALS:           29.25                        13,216.25

                                                          HOURS
                                    WORKING ATTORNEY      WORKED    RATE    BOOK FEE
                                    0227 Kenna             7.75     440    3,410.00
                                    0227 Kenna            16.50     450    7,425.00
                                    0231 Rothberg          1.35     470      634.50
                                    0231 Rothberg          2.90     495    1,435.50
                                    1121 Baraniak           .75     415      311.25

                                    MATTER TOTALS:        29.25           13,216.25

                                                NET AMOUNT:               13,216.25
```

```
CHOATE, HALL & STEWART                                          Page 203 (6)    UNBILLED DISBURSEMENTS DETAIL
AS OF 04/30/04

0649546  SBK Associates                                         BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
0013     First Hartford Corp.                                   CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager                             MATTER 0013 First Hartford Corp.
         SBK Associates, LLC                                    Prepared 05/16/04    For period ending 04/30/04
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

DATE     DISBURSEMENTS                                          AUTH    ENTRY   DISBURSEMENTS       ITEMS INDEX #   CHECK       AMOUNT

07/29/04 UPS#: 1Z87EW7101920743A0 Michelle DeBinion              0100   0204 010  Courier                4375367  335775          6.01
         COURIER VENDOR : UPS - INV#000087EW71-054
06/29/04 UPS#: 1Z87EW7101923881B3 Michelle DeBinion              0100   0204 010  Courier                4375368  335775          6.01
         COURIER VENDOR : UPS - INV#000087EW71-054
06/01/04 UPS#: 1Z87EW71019963012 Larry C. Kenna, P.C.            0100   0304 010  Courier                4407389  336611          6.12
         COURIER VENDOR : UPS - INV#000087RW71-104
04/07/04 R. ROTHBERG  2/18/04  Court Copies - -                  0100   0404 061  Court Copies           4436954  337431          5.00
         VENDOR: American Express
04/13/04 041304    - CHS                                                0504 010  Courier                4466350                 8.00
         Vendor: RS Express - Inv#: BOS-0.0125

                                                                Summary by disbursement type:

                                                                        010   Courier                                           26.14
                                                                        061   Court Copies                                       5.00

                                                          TOTAL DISBURSEMENTS:                                               *  13,216.25

                                                                Fees
                                                                Ancillary services
                                                                Disbursements

                                                          * TOTAL                                                             *
```