# Exhibit D

# CHOATE, HALL & STEWART

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000   FAX (617) 248-4000

WWW.CHOATE.COM

July 26, 2004

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101                    No. 0649546 EWW
Newton, MA 02462-1458                                Invoice No. 1216480

For professional services rendered during June 2004
as described on the attached computer print-outs:

    First Hartford Corp.
        Fees for services.............................   $13,877.32
        Ancillary services and disbursements........         42.23

JS

```
CHOATE, HALL & STEWART                                      Page 1 (1)
AS OF 06/30/04
```

```
0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458
```

```
UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
CLIENT 0649546  SBK Associates
MATTER 0013  First Hartford Corp.
Prepared 07/27/04         For period ending 06/30/04
```

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 05/03/04 | Attention to Joint Statement, settlement proposal, and other matters; attention to dates for deposition of R. Kaplan; e-mail correspondence and telephone conference with R. Kaplan re: all matters. | 0504 | | 1.25 | Kenna | 450 | 562.50 |
| 05/04/04 | Attention to joint statement to be filed with Court. | 0504 | | .25 | Kenna | 450 | 112.50 |
| 05/11/04 | Prepare for pretrial conference with Judge Lindsay; read cases to prepare. | 0504 | | 1.75 | Kenna | 450 | 787.50 |
| 05/12/04 | Prepare for conference with Judge Lindsay; read proxy solicitation cases; attend conference at Federal Court; conference all with R. Kaplan re: FHC response to settlement proposal and status. | 0504 | | 5.25 | Kenna | 450 | 2,362.50 |
| 05/12/04 | Scheduling conference, T-Rich, T-LCK re possible preliminary injunction | 0504 | | 1.50 | Rothberg | 495 | 742.50 |
| 05/18/04 | Review proposed response to Interrogatories | 0504 | | .35 | Rothberg | 495 | 173.25 |
| 05/18/04 | Conference with R. Kaplan and D. Kaplan re: status; draft answers to interrogatories; draft response to document request; conferences with R. Kaplan and R. Rothberg re: same; email correspondence with J. Handler re: discovery responses. | 0504 | | 3.25 | Kenna | 450 | 1,462.50 |
| 05/19/04 | Review responses to Defendant's Document Request and Interrogatories, T, e-mail LCK | 0504 | | .55 | Rothberg | 495 | 272.25 |
| 05/19/04 | Conference with R. Rothberg re: written responses to FHC discovery; draft and redraft responses to request for production of documents and answers to interrogatories; prepare for drafting interrogatories. | 0504 | | 3.50 | Kenna | 450 | 1,575.00 |
| 05/20/04 | Attention to responding to FHC discovery requests; review and revise answers to interrogatories and circulate for comment to R. Kaplan and R. Rothberg; attention to service of interrogatory answers on FHC; email correspondence with R. Rothberg re: letter to Judge Lindsay, interrogatories to FHC and other potential discovery; email correspondence with J. Handler re: FHC request for extension of time to respond to Kaplan document request. | 0504 | | 2.50 | Kenna | 450 | 1,125.00 |
| 05/21/04 | E-mail Kenna re ADF, Think about interrogatories | 0504 | | .50 | Rothberg | 495 | 247.50 |
| 05/21/04 | Attention to service of signed answers to interrogatories; attention to status of case. | 0504 | | .25 | Kenna | 450 | 112.50 |

```
CHOATE, HALL & STEWART                                Page 2 (2)
     AS OF 06/30/04

                                           UNBILLED TIME DETAIL

0649546  SBK Associates                BILLING ATTORNEY EWW  0215  Eric W. Wodlinger
0013     First Hartford Corp.          CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager    MATTER 0013 First Hartford Corp.
         SBK Associates, LLC           Prepared 07/27/04    For period ending 06/30/04
         Massachusetts Office
         2345 Washington Street, Suite 101   Billing frequency is M
         Newton, MA 02462-1458               Proforma Index: 575877  Batch: 93121
                                             Joint Group ID:0649546
 DATE
 WORKED                                      ENTRY  WORK     HOURS
         SERVICES RENDERED                   MONTH  CODES    WORKED  WORKING ATTY  RATE    BOOK FEE
05/28/04 Attention to written response of FHC to plaintiff's document
         requests.                           0504             .25    Kenna          450     112.50

05/28/04 Review Defendant's response to Doc Request, T-Rich.
                                             0504             .25    Rothberg       495     123.75

06/02/04 Conferences with R. Rothberg and with R. Kaplan re: FHC response to
         Kaplan document request and strategy.
                                             0604            1.75    Kenna          450     787.50

06/04/04 Draft letters responding to FHC complaints re: Kaplan discovery
         responses and to demand conference to resolve discovery disputes.
                                             0604            5.75    Kenna          450    2,587.50

06/05/04 Review and comment on discovery letters
                                             0604             .40    Rothberg       495     198.00

06/07/04 Review and Revise two letters to FHC re: discovery responses;
         conferences with R. Rothberg re: same.
                                             0604            1.25    Kenna          450     562.50

06/09/04 Attention to Rule 37.1 conference; conferences with R. Rothberg and
         J. Handler re: same.                0604             .25    Kenna          450     112.50

06/10/04 Attention to interrogatories to FHC; draft letter to Judge Lindsay
         re: alternative dispute resolution.
                                             0604            1.75    Kenna          450     787.50

06/11/04 Draft letter to Judge Lindsay.
                                             0604             .75    Kenna          450     337.50

06/16/04 T-Rich, T-LCK                       0604             .10    Rothberg       495      49.50

06/17/04 Attention to scheduling Rule 37.1 conference; conferences with R.
         Rothberg and J. Handler re: same.   0604             .25    Kenna          450     112.50

06/24/04 Conference with R. Rothberg regarding Rule 37.1 conference; e-mail
         correspondence with J. Handler regarding same.
                                             0604             .25    Kenna          450     112.50

SUBTOTAL                                                    33.90                        15,419.25

                                     MATTER
                                     TOTALS:                33.90                        15,419.25

                                                              HOURS
                                     WORKING ATTORNEY        WORKED  RATE                BOOK FEE
                                     0227 Kenna              30.25    450               13,612.50
                                     0231 Rothberg            3.65    495                1,806.75

                                     MATTER TOTALS:          33.90                      15,419.25


                                     NET AMOUNT:                                        15,419.25
```

```
CHOATE, HALL & STEWART                                    Page 5 (5)    UNBILLED DISBURSEMENTS DETAIL
    AS OF 06/30/04

0649546  SBK Associates                                   BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0013     First Hartford Corp.                             CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager                       MATTER 0013 First Hartford Corp.
         SBK Associates, LLC                              Prepared 07/27/04     For period ending 06/30/04
         Massachusetts Office
         2345 Washington Street, Suite 101                Billing frequency is M
         Newton, MA 02462-1458                            Proforma Index: 575877  Batch: 93121


DATE  DISBURSEMENTS                           AUTH  ENTRY DISBURSEMENTS        ITEMS INDEX #   CHECK        AMOUNT

                                                                                                               .00

                                                    Summary by disbursement type:

                                                    TOTAL DISBURSEMENTS:

                                                       Fees                                         15,419.25
                                                       Ancillary services
                                                       Disbursements                                      .00

                                                    * TOTAL                                         15,461.48 *
```