# Exhibit E

# CHOATE, HALL & STEWART
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000   FAX (617) 248-4000

WWW.CHOATE.COM

September 24, 2004

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101          No. 0649546 EWW
Newton, MA 02462-1458                       Invoice No. 1218778

For professional services rendered during August 2004
as described on the attached computer print-outs:

**First Hartford Corp.**
    Fees for services........................... $19,583.32
    Ancillary services and disbursements........     267.09

JS

```
CHOATE, HALL & STEWART                                                    Page 1 (1)
AS OF 08/31/04

J649546                                    UNBILLED TIME DETAIL
0013
SBK Associates                             BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
First Hartford Corp.                       CLIENT 06495446 SBK Associates
Richard E. Kaplan, Manager                 MATTER 0013 First Hartford Corp.
SBK Associates, LLC                        Prepared 09/23/04          For period ending 08/31/04
2345 Washington Street, Suite 101
Newton, MA 02462-1458

                                           SERVICES RENDERED
```

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 07/01/04 | Prepare for Rule 37.1 conference; review all discovery and responses thereto; conference with R. Rothberg re: same; Rule 37.1 conference; draft motion to compel and plan interrogatories and requests for admission. | 0704 | | 5.00 | Kenna | 450 | 2,250.00 |
| 07/01/04 | C-LCK, Rule 37.1 Conference, Reg S-B issue | 0704 | | 1.30 | Rothberg | 495 | 643.50 |
| 07/06/04 | Draft Motion to Compel Production of Documents by First Hartford Corporation. | 0704 | | 6.75 | Kenna | 450 | 3,037.50 |
| 07/07/04 | Review and revise Motion to Compel Production of Documents; conference with R. Kaplan regarding same; e-mail correspondence with J. Handler regarding same. | 0704 | | 1.25 | Kenna | 450 | 562.50 |
| 07/07/04 | Review and comment on Motion to Compel | 0704 | | .40 | Rothberg | 495 | 198.00 |
| 07/08/04 | Review and revise Motion to Compel Production of Documents by First Hartford Corporation. | 0704 | | 2.00 | Kenna | 450 | 900.00 |
| 07/08/04 | Review Charter and bylaws re access to shareholder list | 0704 | | .30 | Rothberg | 495 | 148.50 |
| 07/09/04 | T-LCK | 0704 | | .10 | Rothberg | 495 | 49.50 |
| 07/09/04 | Legal research regarding proxy fraud cases; draft Motion to Compel Production of Documents from First Hartford Corporation; review and revise memorandum in support of Motion to Compel; file Motion electronically with Federal Court. | 0704 | | 5.50 | Kenna | 450 | 2,475.00 |
| 07/14/04 | Review documents produced by FHC; e-mail correspondence to counsel for FHC regarding same; conference regarding documents produced with R. Kaplan and R. Rothberg. | 0704 | | 1.00 | Kenna | 450 | 450.00 |
| 07/14/04 | T-LCK | 0704 | | .20 | Rothberg | 495 | 99.00 |
| 07/15/04 | Review minutes and 10-k's produced | 0704 | | 3.20 | Rothberg | 495 | 1,584.00 |
| 07/19/04 | Conference with R. Kaplan re: status; attention to document production by FHC. | 0704 | | .25 | Kenna | 450 | 112.50 |
| 07/22/04 | Conference with R. Rothberg re: review of documents and request for additional documents from FHC. | 0704 | | .25 | Kenna | 450 | 112.50 |
| 07/22/04 | Think about and draft document requests, T-LCK | 0704 | | 1.00 | Rothberg | 495 | 495.00 |
| 07/26/04 | Review opposition to motion to compel; conferences with R. Rothberg | 0704 | | 1.00 | Kenna | 450 | 450.00 |

CHOATE, HALL & STEWART

Page 2 (2)

UNBILLED TIME DETAIL

J649546  BILLING ATTORNEY BWW  0215  Eric W. Wodlinger
0013     CLIENT 0649546 SBK Associates
         MATTER 0013 First Hartford Corp.
         Prepared 09/23/04        For period ending 08/31/04

SBK Associates
First Hartford Corp.
Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

AS OF 08/31/04

SERVICES RENDERED

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 07/26/04 | 2T-LCK, T-Rich, T-David, T-Handler re discovery | 0704 | | .75 | Rothberg | 495 | 371.25 |
| 07/27/04 | Email correspondence re: FHC opposition to motion to compel; attention to legal research re: motion compel. | 0704 | | .50 | Kenna | 450 | 225.00 |
| 07/28/04 | Conference with A. Harmon re: legal research; attention to status of document production by FHC. | 0704 | | .25 | Kenna | 450 | 112.50 |
| 07/30/04 | Retrieval of motion to compel and opposition; retrieval of cases cited in opposing party's brief | 0704 | | .80 | Harmon | 245 | 196.00 |
| 08/02/04 | Review of opposition to motion to compel and cited authority | 0804 | | .90 | Harmon | 245 | 220.50 |
| 08/03/04 | 2T-LCK, T-Rich, T-Handler office, Revise proposed protective order | 0804 | | .60 | Rothberg | 495 | 297.00 |
| 08/03/04 | Conferences with R. Rothberg regarding strategy regarding protective order and FHC production of documents. | 0804 | | .50 | Kenna | 450 | 225.00 |
| 08/04/04 | Review Rothberg revisions to proposed protective order; e-mail correspondence regarding same. | 0804 | | .50 | Kenna | 450 | 225.00 |
| 08/06/04 | Review of motion filed by First Hartford Corporation; retrieval of cited cases and review of portions of decisions relating to sharing of corporate information with shareholders | 0804 | | 3.30 | Harmon | 245 | 808.50 |
| 08/09/04 | T-Handler, T-LCK, Revise proposed confidentiality order | 0804 | | .50 | Rothberg | 495 | 247.50 |
| 08/09/04 | Drafting of memo of law distinguishing cases cited in First Hartford's brief | 0804 | | 5.70 | Harmon | 245 | 1,396.50 |
| 08/10/04 | Drafting of memo of law distinguishing cases cited in First Hartford's opposition to motion to compel | 0804 | | 2.20 | Harmon | 245 | 539.00 |
| 08/10/04 | Send proposed confidentiality order | 0804 | | .20 | Rothberg | 495 | 99.00 |
| 08/10/04 | Review proposed revisions to stipulated protective order and comment thereon. | 0804 | | .25 | Kenna | 450 | 112.50 |
| 08/11/04 | T-LCK, Revise and send draft confidentiality order | 0804 | | .30 | Rothberg | 495 | 148.50 |
| 08/11/04 | Conferences with R. Rothberg regarding stipulated protective order. | 0804 | | .50 | Kenna | 450 | 225.00 |
| 08/12/04 | Conferences with R. Rothberg re: stipulated protective order and document production by FHC. | 0804 | | .50 | Kenna | 450 | 225.00 |

re: additional documents to request from FHC.

CHOATE, HALL & STEWART

UNBILLED TIME DETAIL
AS OF 08/31/04                                    Page 3 (3)

BILLING ATTORNEY EWW  0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 09/23/04                    For period ending 08/31/04

0649546   SBK Associates
0013      First Hartford Corp.
          Richard E. Kaplan, Manager
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

Billing frequency is M
Proforma Index: 586245   Batch: 95686
Joint Group ID:0649546

| DATE WORKED | SERVICES RENDERED | MONTH ENTRY CODES | WORK HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|
| 08/16/04 | Review and revise Stipulated Protective Order and motion; e-mail correspondence with counsel for FHC regarding same. | 0804 | .75 | Kenna | 450 | 337.50 |
| 08/19/04 | Drafting of memo of law on ways to distinguish cases cited by First Hartford | 0804 | 6.20 | Harmon | 245 | 1,519.00 |
| 08/23/04 | Review memorandum distinguishing cases cited by FHC in opposition to motion to compel. | 0804 | .25 | Kenna | 450 | 112.50 |
| 08/30/04 | Conference with B. Rothberg re: FHC Motion to compel and status of case; review all recent e-mail correspondence; attention to FHC Motion to Compel; review FHC recently filed 10K. | 0804 | 1.00 | Kenna | 450 | 450.00 |
| 08/30/04 | T-LCK, Review Defendant's motion to compel | 0804 | .20 | Rothberg | 495 | 99.00 |

SUBTOTAL

MATTER TOTALS:     56.15                21,759.25

|  | WORKING ATTORNEY | HOURS WORKED | RATE | BOOK FEE |
|---|---|---|---|---|
|  | 0227 Kenna | 28.00 | 450 | 12,600.00 |
|  | 0231 Rothberg | 9.05 | 495 | 4,479.75 |
|  | 1511 Harmon | 19.10 | 245 | 4,679.50 |

MATTER TOTALS:   56.15              21,759.25

NET AMOUNT:                          21,759.25

```
CHOATE, HALL & STEWART
    AS OF 08/31/04                    Page 5 (5)        UNBILLED DISBURSEMENTS DETAIL

649546  SBK Associates                BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
0013    First Hartford Corp.          CLIENT 0649546 SBK Associates
        Richard E. Kaplan, Manager    MATTER 0013 First Hartford Corp.
        SBK Associates, LLC           Prepared 09/23/04           For period ending 08/31/04
        Massachusetts Office
        2345 Washington Street, Suite 101
        Newton, MA 02462-1458

DATE    DISBURSEMENTS                       AUTH   ENTRY DISBURSEMENTS   ITEMS INDEX #   CHECK   AMOUNT

                                                   Summary by disbursement type:

                                                   TOTAL DISBURSEMENTS:                                  .00

                                                           Fees                       21,759.25

                                                           Disbursements                    .00
```