# Exhibit F

Case 1:04-cv-10402-NMG    Document 59-7    Filed 07/24/2006    Page 1 of 6

# CHOATE, HALL & STEWART
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000  FAX (617) 248-4000

WWW.CHOATE.COM

November 19, 2004

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

No. 0649546 EWW
Invoice No. 1221364

For professional services rendered during October 2004
as described on the attached computer print-outs:

**First Hartford Corp.**
    Fees for services............................ $26,591.62
    Ancillary services and disbursements........     678.69

JS                 Standard payment terms, due upon receipt.

CHOATE, HALL & STEWART                                                    Page 1 (1)
AS OF 10/31/04

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW    0215    Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 11/17/04    For period ending 10/31/04

0649546    SBK Associates
0013       First Hartford Corp.
           Richard E. Kaplan, Manager
           SBK Associates, LLC
           Massachusetts Office
           2345 Washington Street, Suite 101
           Newton, MA 02462-1458

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 09/08/04 | Review Kaplan motion to compel, FHC opposition and FHC motion to compel; legal research; draft Kaplan opposition to FHC motion to compel production of documents; conference with R. Rothberg re: FHC document production and other matters. | 0904 | | 6.25 | Kenna | 450 | 2,812.50 |
| 09/09/04 | Review, revise Motion | 0904 | | 1.50 | Rothberg | 495 | 742.50 |
| 09/09/04 | Draft Kaplan opposition to FHC motion to compel; legal research; conferences with R. Kaplan and R. Rothberg re: same. | 0904 | | 8.75 | Kenna | 450 | 3,937.50 |
| 09/10/04 | Review and revise Kaplan opposition to FHC motion to compel production of documents; file opposition electronically with Federal Court; conferences with R. Kaplan and R. Rothberg re: same. | 0904 | | 5.25 | Kenna | 450 | 2,362.50 |
| 09/15/04 | Conference with R. Rothberg regarding status; e-mail correspondence with J. Handler regarding document production. | 0904 | | .50 | Kenna | 450 | 225.00 |
| 09/21/04 | T-LCK | 0904 | | .20 | Rothberg | 495 | 99.00 |
| 09/21/04 | Conference with R. Rothberg regarding strategy; conference with counsel for FHC regarding production of documents; e-mail correspondence regarding status. | 0904 | | .50 | Kenna | 450 | 225.00 |
| 09/22/04 | Conference with Judge Gorton's clerk regarding status of motions; draft correspondence to counsel for FHC regarding document production; e-mail correspondence regarding status. | 0904 | | .50 | Kenna | 450 | 225.00 |
| 09/28/04 | Fax to opposing counsel re: production of documents. | 0904 | | .25 | Kenna | 450 | 112.50 |
| 09/29/04 | Review documents produced by FHC and email correspondence to R. Rothberg re: same; conference with R. Rothberg re: document production. | 0904 | | 1.75 | Kenna | 450 | 787.50 |
| 10/01/04 | Attention to production of documents by FHC and conferences re: status and conference call. | 1004 | | .25 | Kenna | 450 | 112.50 |
| 10/05/04 | Review status of case in preparation for client conference call; conference with B. Rothberg re: strategy for litigation and for upcoming stockholders meeting; conference with client re: strategy; email correspondence with opposing counsel re: document production, upcoming stockholders meeting and extension of discovery deadline. | 1004 | | 3.25 | Kenna | 450 | 1,462.50 |
| 10/05/04 | Review By-Laws, Maine Law and 14a-8, C-LCK re status and | 1004 | | 1.75 | Rothberg | 495 | 866.25 |

CHOATE, HALL & STEWART

UNBILLED TIME DETAIL

AS OF 10/31/04

Page 2 (2)

BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 11/17/04                For period ending 10/31/04

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 10/06/04 | Research, Draft Shareholder proposal, T-LCK and Rich, T-LCK strategies, T-Rich | 1004 | | 3.00 | Rothberg | 495 | 1,485.00 |
| 10/06/04 | Prepare and serve deposition notices for Ellis, Greenwald and Harding; prepare Rule 30(b)(b) deposition notice and schedule; review and revise proposed by-law amended and explanation; conference with R. Kaplan and R. Rothberg re: strategy for meeting with opposing counsel re: shareholders meeting; draft motion to modify scheduling order to extend discovery deadline. | 1004 | | 7.25 | Kenna | 450 | 3,262.50 |
| 10/07/04 | Review | 1004 | | .20 | Rothberg | 495 | 99.00 |
| 10/07/04 | Draft joint motion to amend scheduling order; draft Rule 30(b)(6) deposition notice with schedule of areas of examination; conferences with R. Rothberg and R. Kaplan re: various matters. | 1004 | | 2.25 | Kenna | 450 | 1,012.50 |
| 10/08/04 | Revise shareholder proposal | 1004 | | 1.00 | Rothberg | 495 | 495.00 |
| 10/12/04 | T-Richard, T-Kenna | 1004 | | .20 | Rothberg | 495 | 99.00 |
| 10/12/04 | Conferences with B. Rothberg and R. Kaplan re: strategy for meeting with counsel for FHC; attention to shareholder proposal re: independent directors; prepare for meeting with opposing counsel. | 1004 | | .75 | Kenna | 450 | 337.50 |
| 10/13/04 | Prepare for meeting with opposing counsel; meet with opposing counsel; report to client. | 1004 | | 3.00 | Kenna | 450 | 1,350.00 |
| 10/13/04 | C-LCK, Meeting at DB&H, T-Richard | 1004 | | 1.50 | Rothberg | 495 | 742.50 |
| 10/14/04 | Attention to depositions of David Richard Kaplan; e-mail correspondence re: draft objections to production of documents subpoenaed from David Kaplan. | 1004 | | 1.00 | Kenna | 450 | 450.00 |
| 10/18/04 | Attention to letter objection to production of documents by D. Kaplan in response to subpoena. | 1004 | | .50 | Kenna | 450 | 225.00 |
| 10/20/04 | E-mail re Nolan call, T-Kenna | 1004 | | .30 | Rothberg | 495 | 148.50 |

CHOATE, HALL & STEWART

Page 3 (3)

AS OF 10/31/04

SBK Associates
First Hartford Corp.
Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

SERVICES RENDERED

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 11/17/04              For period ending 10/31/04

| DATE WORKED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|

0649546
0013

SUBTOTAL

| | | HOURS WORKED | RATE | BOOK FEE |
|---|---|---|---|---|
| WORKING ATTORNEY | | | | |
| 0227 Kenna | | 53.25 | 450 | 23,962.50 |
| 0231 Rothberg | | 11.24 | 495 | 5,564.25 |
| MATTER TOTALS: | | 64.64 | | 29,546.25 |

MATTER TOTALS:          64.64                    29,546.25

NET AMOUNT:                                      29,546.25

```
CHOATE, HALL & STEWART                    Page 7 (7)    UNBILLED DISBURSEMENTS DETAIL
AS OF 10/31/04

0649546  SBK Associates                          BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0013     First Hartford Corp.                    CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager              MATTER 0013 First Hartford Corp.
         SBK Associates, LLC                     Prepared 11/17/04   For period ending 10/31/04
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

DATE       DISBURSEMENTS                                     AUTH  ENTRY DISBURSEMENTS     ITEMS INDEX #  CHECK    AMOUNT

10/06/04   100604    - CHS
           Vendor: RS Express - Inv#: BOS-0.0125                   1004 010  Courier             4621425 344148     6.50
10/21/04   UPS#: 1Z87EW7101927377715 Michelle DeBinion
           COURIER VENDOR : UPS - INV#000087EW71-434          0100 1004 010  Courier             4623899 344381     6.30
10/27/04   On-Line Legal Research - - VENDOR:Pacer Service
           Center                                             0100 1004 206  On-Line Legal Research 4624085 344358  2.73
10/27/04   UPS#: 1Z87EW7101963248903 Michelle DeBinion
           COURIER VENDOR : UPS - INV#000087EW71-444          0100 1104 010  Courier             4634742 347767     6.30

                                        TOTAL DISBURSEMENTS:                                                      21.83

                                        Summary by disbursement type:

                                        010    Courier                                                            19.10
                                        206    On-Line Legal Research                                              2.73

                                        Fees                                                               29,546.25
                                        Disbursements                                                          21.83
```