# Exhibit G

## CHOATE, HALL & STEWART LLP
### EXCHANGE PLACE
### 53 STATE STREET
### BOSTON, MASSACHUSETTS 02109-2804

TELEPHONE (617) 248-5000  FAX (617) 248-4000

WWW.CHOATE.COM

February 28, 2005

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

No. 0649546 EWW
Invoice No. 1225633

For professional services rendered through January 31, 2005
as described on the attached computer print-outs:

**First Hartford Corp.**
 Fees for services............................. $26,334.00
 Ancillary services and disbursements........         87.55

JC      Standard payment terms, due upon receipt.

CHOATE, HALL & STEWART LLP

UNBILLED TIME DETAIL
AS OF 01/31/05                                                    Page 1 (1)

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
0649546   SBK Associates                         CLIENT 0649546 SBK Associates
0013      First Hartford Corp.                   MATTER 0013 First Hartford Corp.
          Richard E. Kaplan, Manager             Prepared 03/01/05   For period ending 01/31/05
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 10/19/04 | Draft objection letter to demand for production of documents from David Kaplan; review client documents and draft privilege log; conferences with client re: objection letter and privilege log; conference with R. Rothberg re: call from Nolan | 1004 | | 4.50 | Kenna | 450 | 2,025.00 |
| 12/01/04 | Attention to federal court decision on motions to compel. | 1204 | | .25 | Kenna | 450 | 112.50 |
| 12/02/04 | Conferences with R. Rothberg and R. Kaplan re: ownership of FHC stock. | 1204 | | .75 | Kenna | 450 | 337.50 |
| 12/02/04 | T-Kenna, D-Merrill Lynch letter and affidavit, T-Kenna and Kaplan | 1204 | | .50 | Rothberg | 495 | 247.50 |
| 12/03/04 | C-LCK | 1204 | | .25 | Rothberg | 495 | 123.75 |
| 12/03/04 | Attention to documents produced by FHC. | 1204 | | .50 | Kenna | 450 | 225.00 |
| 12/06/04 | Attention to FHC motion for reconsideration of clarification; conferences with R. Rothberg and R. Kaplan re: same; prepare for client deposition preparation. | 1204 | | 2.00 | Kenna | 450 | 900.00 |
| 12/06/04 | Preliminary review of documents produced | 1204 | | .50 | Rothberg | 495 | 247.50 |
| 12/07/04 | Travel to client's office to prepare R. Kaplan for deposition; conference with R. Kaplan and R. Rothberg re: deposition and production of documents re: stock ownership to FHC. | 1204 | | 6.00 | Kenna | 450 | 2,700.00 |
| 12/07/04 | Prep for deposition, document production | 1204 | | 2.80 | Rothberg | 495 | 1,386.00 |
| 12/09/04 | T-LCK, Draft response to Handler, voicemail Nolan | 1204 | | .50 | Rothberg | 495 | 247.50 |
| 12/09/04 | Conferences with R. Kaplan and R. Rothberg re: responses to FHC letters re: documents. | 1204 | | .50 | Kenna | 450 | 225.00 |
| 12/10/04 | Correspondence to Handler re: R. Kaplan deposition and production of documents by R. Kaplan. | 1204 | | .50 | Kenna | 450 | 225.00 |
| 12/10/04 | T-Rich, try Nolan | 1204 | | .20 | Rothberg | 495 | 99.00 |
| 12/13/04 | T-Nolan, e-mail, T-Rich and Larry, 2T-Rich | 1204 | | .40 | Rothberg | 495 | 198.00 |
| 12/13/04 | Draft opposition to FHC motion for reconsideration or clarification. | 1204 | | 4.25 | Kenna | 450 | 1,912.50 |

CHOATE, HALL & STEWART LLP

AS OF 01/31/05                                          Page 2 (2)

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 03/01/05             For period ending 01/31/05

SERVICES RENDERED

| DATE WORKED | | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 12/14/04 | Draft opposition to FHC motion; attention to production of proxies; conferences with R. Kaplan re: various matters. | 1204 | | 2.75 | Kenna | 450 | 1,237.50 |
| 12/16/04 | Telephone conference with R. Kaplan re: status; review all recent FHC SEC filings. | 1204 | | .50 | Kenna | 450 | 225.00 |
| 12/21/04 | Review and comment | 1204 | | .40 | Rothberg | 495 | 198.00 |
| 12/22/04 | Review, comment on Handler proposal | 1204 | | .20 | Rothberg | 495 | 99.00 |
| 01/04/05 | Attention to status of various matters in case; conference with R. Kaplan re: same. | 0105 | | .50 | Kenna | 450 | 225.00 |
| 01/05/05 | Conference with E. Wodlinger re: status of case; conferences with R. Rothberg re: documents produced by FHC and strategy. | 0105 | | .75 | Kenna | 450 | 337.50 |
| 01/06/05 | Review Loan documents, memo re missing documents, T-Kenna | 0105 | | 2.25 | Rothberg | 495 | 1,113.75 |
| 01/11/05 | Attention to documents produced by FHC; e-mail correspondence with R. Rothberg re: same. | 0105 | | .25 | Kenna | 450 | 112.50 |
| 01/18/05 | T-Kenna | 0105 | | .20 | Rothberg | 495 | 99.00 |

CHOATE, HALL & STEWART LLP          Page 3 (3)

AS OF 01/31/05

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 03/01/05                                For period ending 01/31/05

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

SERVICES RENDERED

| DATE WORKED | ENTRY MONTH CODES | WORK | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|
| 01/19/05 | 0105 | Draft motion to extend fact discovery deadline; review and revise same. | 3.75 | Kenna | 450 | 1,687.50 |
| 01/20/05 | 0105 | Draft motion to extend fact discovery deadline for plaintiff; attention to documents produced by FHC; conferences with R. Rothberg re: same. | 4.75 | Kenna | 450 | 2,137.50 |
| 01/20/05 | 0105 | Review and add to Motion to extend, review large Proxies, 2T-Kenna | 1.00 | Rothberg | 495 | 495.00 |
| 01/21/05 | 0105 | Review shareholder list, review and comment on Handler letter, 2t-Kenna | .70 | Rothberg | 495 | 346.50 |
| 01/27/05 | 0105 | Conference with R. Kaplan re: deposition notice for 1/31/05; attention to depositions noticed by FHC. | .50 | Kenna | 450 | 225.00 |
| 01/28/05 | 0105 | T-Rich, 2T-Kenna | .30 | Rothberg | 495 | 148.50 |
| 01/28/05 | 0105 | Conference with R. Kaplan re: shareholders list; conference with R. Rothberg re: same; e-mail correspondence with handler re: deposition of R. Kaplan scheduled for 1/31/05; correspondence with handler re: deposition of R. Kaplan scheduled for 1/31/05. | 2.25 | Kenna | 450 | 1,012.50 |

| | | |
|---|---|---|
| SUBTOTAL | 57.45 | |
| MATTER TOTALS: | 57.45 | 26,334.00 |

| WORKING ATTORNEY | HOURS WORKED | RATE | BOOK FEE |
|---|---|---|---|
| 0227 Kenna | 46.75 | 450 | 21,037.50 |
| 0231 Rothberg | 10.70 | 495 | 5,296.50 |

MATTER TOTALS:                       57.45              26,334.00

NET AMOUNT:                                             26,334.00

```
0649546                                      CHOATE, HALL & STEWART LLP
0013                                             AS OF 01/31/05

                                      Page 6 (6)         UNBILLED DISBURSEMENTS DETAIL

SBK Associates                        BILLING ATTORNEY EWW    0215   Eric W. Wodlinger
First Hartford Corp.                  CLIENT 0649546 SBK Associates
Richard E. Kaplan, Manager            MATTER 0013 First Hartford Corp.
SBK Associates, LLC                   Prepared 03/01/05         For period ending 01/31/05
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

DATE   DISBURSEMENTS              AUTH  ENTRY DISBURSEMENTS         ITEMS INDEX #   CHECK      AMOUNT

                                                                                                  .00

                                  Summary by disbursement type:

                                  TOTAL DISBURSEMENTS:

                                           Fees                    26,334.00
                                           Disbursements                 .00
```