# Exhibit H

**CHOATE, HALL & STEWART LLP**
EXCHANGE PLACE
53 STATE STREET
BOSTON, MASSACHUSETTS 02109-2804
TELEPHONE (617) 248-5000  FAX (617) 248-4000
WWW.CHOATE.COM

June 17, 2005

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101      No. 0649546 EWW
Newton, MA 02462-1458                  Invoice No. 1230167

---

For professional services rendered through April 30, 2005
as described on the attached computer print-outs:

**First Hartford Corp.**
    Fees for services............................ $55,952.75
    Ancillary services and disbursements........  3,157.26

JC               Standard payment terms, due upon receipt.

CHOATE, HALL & STEWART LLP

Page 10 (1)

UNBILLED TIME DETAIL

AS OF 04/30/05

0649546 SBK Associates
0013    First Hartford Corp.
        Richard E. Kaplan, Manager
        SBK Associates, LLC
        Massachusetts Office
        2345 Washington Street, Suite 101
        Newton, MA 02462-1458

BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 06/14/05   For period ending 04/30/05

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 02/01/05 | Attention to Court action regarding FHC withdrawal of motion for reconsideration/clarification; review shareholder list and proxies produced today by FHC; conferences with R. Kaplan and R. Rothberg re: same. | 0205 | | 1.50 | Kenna | 450 | 675.00 |
| 02/01/05 | T-Kenna | 0205 | | .10 | Rothberg | 495 | 49.50 |
| 02/02/05 | C-Kenna, Review Proxy Materials, T-Kenna, Rich | 0205 | | 1.25 | Rothberg | 495 | 618.75 |
| 02/02/05 | Conferences with R. Kaplan and R. Rothberg re: Court's decision regarding close of fact discovery; fax to opposing counsel re: deposition scheduling; conferences with R. Kaplan and R. Rothberg re: meeting called for 2/24/05; conference with opposing counsel re: discovery plan; review proxy materials for meeting called for 2/24/05. | 0205 | | 3.50 | Kenna | 450 | 1,575.00 |
| 02/03/05 | Attention to new complaint; conferences re: same with R. Rothberg; review documents produced by FHC. | 0205 | | 1.25 | Kenna | 450 | 562.50 |
| 02/14/05 | Attention to deposition schedule for March, 2005. | 0205 | | .25 | Kenna | 450 | 112.50 |
| 02/15/05 | Searches of SEC and other databases re: Neil Ellis filing of 13D; attention to scheduling depositions for March; e-mail correspondence and calls to J. Handler re: deposition scheduling and other issues. | 0205 | | 2.75 | Kenna | 450 | 1,237.50 |
| 02/16/05 | Attention to scheduling of depositions; draft new proxy fraud complaint and prepare for filing and service; e-mail correspondence re: same. | 0205 | | 5.25 | Kenna | 450 | 2,362.50 |
| 02/17/05 | Filing in a new case for Larry Kenna in U. S. District Court. Rich Kaplan v. First Hartford | 0205 | | .65 | Proulx | 130 | 84.50 |
| 02/17/05 | Review complaint, E-mails | 0205 | | .40 | Rothberg | 495 | 198.00 |
| 02/17/05 | Filing of 2nd proxy fraud case v. FHC; correspondence re: same. | 0205 | | 3.25 | Kenna | 450 | 1,462.50 |

CHOATE, HALL & STEWART LLP

AS OF 04/30/05                                                                    Page 11 (2)

0649546   SBK Associates
0013      First Hartford Corp.
          Richard E. Kaplan, Manager
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 06/14/05                For period ending 04/30/05

SERVICES RENDERED

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH CODES | WORK | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 02/18/05 | Attention to federal court re-numbering of 2nd proxy fraud case; correspondence re: same; attention to upcoming shareholders meeting; e-mail correspondence re: same. | 0205 | | .75 | Kenna | 450 | 337.50 |
| 02/18/05 | Went to pick up a new docket sheet in the Kaplan v. Hartford case. New docket # is 05-10320NMG. | 0205 | | .65 | Proulx | 130 | 84.50 |
| 02/28/05 | Telephone conference with R. Rothberg; prepare and file First Amended Complaint; attention to scheduling of depositions. | 0205 | | 1.75 | Kenna | 450 | 787.50 |
| 03/02/05 | T-Kenna, Rich Kaplan | 0305 | | .10 | Rothberg | 495 | 49.50 |
| 03/02/05 | Telephone conference with R. Kaplan and R. Rothberg re: status and strategy; attention to articles forwarded by R. Kaplan. | 0305 | | .50 | Kenna | 450 | 225.00 |
| 03/04/05 | Attention to depositions of FHC and of David & Richard Kaplan; e-mail correspondence re: same. | 0305 | | .50 | Kenna | 450 | 225.00 |
| 03/07/05 | Attention to depositions to be taken in March. | 0305 | | .25 | Kenna | 450 | 112.50 |
| 03/09/05 | Conference with R. Kaplan and D. Kaplan in preparation for depositions on 3/15. | 0305 | | .25 | Kenna | 450 | 112.50 |
| 03/14/05 | Review all recent e-mails from client re: self-dealing transactions; prepare for clients' depositions; conference with D. Kaplan and R. Kaplan in preparation of depositions. | 0305 | | 3.50 | Kenna | 450 | 1,575.00 |
| 03/15/05 | Defended depositions of Richard and David Kaplan; prepare for depositions of First Hartford Corporation officers and directors. | 0305 | | 6.00 | Kenna | 450 | 2,700.00 |

CHOATE, HALL & STEWART LLP

Page 12 (3)

UNBILLED TIME DETAIL

```
0649546    SBK Associates
0013       First Hartford Corp.
           Richard E. Kaplan, Manager
           SBK Associates, LLC
           Massachusetts Office
           2345 Washington Street, Suite 101
           Newton, MA 02462-1458
```

AS OF 04/30/05

BILLING ATTORNEY EWW   0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 06/14/05        For period ending 04/30/05

### SERVICES RENDERED

| DATE WORKED | | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 03/16/05 | Telephone conference with J. Nolan; conference with R. Rothberg; review documents in preparation for depositions of FHC officers and directors. | 0305 | | 5.50 | Kenna | 450 | 2,475.00 |
| 03/16/05 | T-Rich, T-Larry | 0305 | | .50 | Rothberg | 495 | 247.50 |
| 04/16/05 | E-mail correspondence with J. Nolan; conference with R. Rothberg; review documents in preparation for depositions of FHC officers and directors. | 0305 | | .50 | Kenna | 450 | 225.00 |
| 03/17/05 | Prepare for 30(b)(6) deposition and deposition of Stuart Greenwald. | 0305 | | 5.25 | Kenna | 450 | 2,362.50 |
| 03/17/05 | Review David's analysis | 0305 | | .25 | Rothberg | 495 | 123.75 |
| 03/18/05 | C-Kenna, prepare for deposition | 0305 | | 3.25 | Rothberg | 495 | 1,608.75 |
| 03/18/05 | Prepare for depositions of FHC officers and directors; conference with R. Rothberg re: same. | 0305 | | 6.25 | Kenna | 450 | 2,812.50 |
| 03/20/05 | Prepare for FHC 30(b)(6) deposition and deposition of Stuart Greenwald; travel to Hartford, CT for depositions. | 0305 | | 8.50 | Kenna | 450 | 3,825.00 |
| 03/21/05 | Take depositions of FHC 30(b)(6) representative and deposition of Stuart Greenwald; travel from Hartford, CT. | 0305 | | 8.25 | Kenna | 450 | 3,712.50 |
| 03/22/05 | Greenwald Deposition transcript | 0305 | | .30 | Rothberg | 495 | 148.50 |
| 03/22/05 | Review notes of depositions; review transcript of depositions; prepare for depositions of Harding and Ellis; prepare for document request. | 0305 | | 3.75 | Kenna | 450 | 1,687.50 |
| 03/23/05 | Attention to scheduling of Harding's deposition; email correspondence re: same; attention to request for additional documents; prepare for upcoming depositions. | 0305 | | 2.25 | Kenna | 450 | 1,012.50 |
| 03/25/05 | Draft letter to FHC re: additional documents to be produced; confer with clients and R. Rothberg re: status, strategy and upcoming depositions. | 0305 | | 3.50 | Kenna | 450 | 1,575.00 |
| 03/25/05 | Review Greenwald transcript, C-LCK, T-Kaplans and LCK, C-MHK | 0305 | | 3.50 | Rothberg | 495 | 1,732.50 |
| 03/29/05 | Attention to deposition scheduled for April 5, of David B. Harding. | 0305 | | .25 | Kenna | 450 | 112.50 |

CHOATE, HALL & STEWART LLP

AS OF 04/30/05                                               Page 13 (4)

0649546   SBK Associates
0013      First Hartford Corp.
          Richard E. Kaplan, Manager
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW    0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 06/14/05                For period ending 04/30/05

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 04/05/05 | Attention to documents received from FHC. | 0405 | | .50 | Kenna | 470 | 235.00 |
| 04/06/05 | Attention to most recent documents produced by FHC. | 0405 | | .25 | Kenna | 470 | 117.50 |
| 04/06/05 | Review documents produced | 0405 | | .85 | Rothberg | 520 | 442.00 |
| 04/14/05 | Attention to scheduling of depositions of FHC officers and directors; attention to deposition transcript signature pages and correspondence re: same. | 0405 | | .25 | Kenna | 470 | 117.50 |

```
CHOATE, HALL & STEWART LLP                                          Page 14 (5)
AS OF 04/30/05

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

                            SERVICES RENDERED

                            UNBILLED TIME DETAIL

BILLING ATTORNEY EWW  0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 06/14/05           For period ending 04/30/05

ENTRY    WORK
MONTH    CODES           HOURS WORKED   WORKING ATTY   RATE   BOOK FEE

                            122.25

MATTER
TOTALS:                     122.25                                    55,952.75

         LAST                           HOURS
         WORKED  WORKING ATTORNEY       WORKED   RATE          BOOK FEE
         06/10/05  0227  Kenna           75.25   450          33,862.50
         06/10/05  0227  Kenna           16.50   470           7,755.00
         06/07/05  0231  Rothberg        21.95   495          10,865.25
         06/07/05  0231  Rothberg         5.55   520           2,886.00

         06/09/05  1515  Proulx           1.30   130             169.00

SUBTOTAL                                                      55,952.75

MATTER TOTALS:              122.25                            55,952.75

NET AMOUNT:                                                   55,952.75
```

CHOATE, HALL & STEWART LLP
AS OF 04/30/05

Page 8 (9)     UNBILLED DISBURSEMENTS DETAIL

BILLING ATTORNEY EWW    0215   Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 06/14/05              For period ending 04/30/05

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

| DATE | DISBURSEMENTS | AUTH | ENTRY | DISBURSEMENTS | ITEMS INDEX # | CHECK | AMOUNT |
|---|---|---|---|---|---|---|---|
| 02/10/05 | UPS#: 1Z87EW71019309062 Michelle DeBinion COURIER VENDOR : UPS - INV#0000087EW71-075 | 0100 | 0205 010 | Courier | 4724230 | 348124 | 6.51 |
| 02/16/05 | Filing and Fees - - VENDOR:United States | 0227 | 0205 209 | Filing and Fees | 4721995 | 347807 | 250.00 |
| 02/25/05 | BRAINARD Corporate Filing & Document Retrieval - - VENDOR:CCH Incorporated | 0100 | 0205 215 | Corporate Filing & Docu | 4729355ri348072 | | 105.70 |
| 02/28/05 | UPS#: 1Z87EW71019864245 Michelle DeBinion COURIER VENDOR : UPS - INV#0000087EW71-105 | 0100 | 0305 010 | Courier | 4747809 | 348649 | 6.51 |
| 02/28/05 | ROTHBERG Court Reporter Service - - VENDOR:Downing & Peters | 0100 | 0305 502 | Court Reporter Service | 4751804 | 348596 | 140.00 |
| 03/18/05 | KENNA Other Professional Services - - VENDOR:John R. Johnston | 0100 | 0305 211 | Other Professional Serv | 4760705 | 349070 | 60.00 |
| 03/28/05 | Lunch/Dinner/Breakfast Mtg. - - VENDOR:Larry C Kenna | 0227 | 0305 022 | Lunch/Dinner/Breakfast | 4764113 | 348995 | 8.13 |
| 03/30/05 | Mileage/Rental Cars - - VENDOR:Larry C Kenna | 0227 | 0305 041 | Mileage/Rental Cars | 4764114 | 348995 | 115.80 |
| 03/31/05 | KENNA Court Reporter Service - - VENDOR:Michelle Kaczynski d/b/a | 0100 | 0305 502 | Court Reporter Service | 4765521 | 349136 | 233.60 |
| 04/05/05 | UPS#: 1Z87EW71019327456 Michelle DeBinion COURIER VENDOR : UPS - INV#0000087EW71-155 | 0100 | 0405 010 | Courier | 4784455 | 349631 | 6.51 |
| 04/05/05 | UPS#: 1Z87EW71019364255 Michelle DeBinion COURIER VENDOR : UPS - INV#0000087EW71-155 | 0100 | 0405 010 | Courier | 4784456 | 349631 | 6.51 |
| 04/22/05 | KENNA 3/21/05 Hotel - - VENDOR:American Express | 0100 | 0405 042 | Hotel | 4785566 | 349660 | 296.22 |
| 04/25/05 | L. KENNA Court Reporter Service - - VENDOR:Brandon Reporting Service | 0227 | 0405 502 | Court Reporter Service | 4788024 | 349810 | 1,210.20 |
| 04/25/05 | L. KENNA Court Reporter Service - - VENDOR:Brandon Reporting Service | 0227 | 0405 502 | Court Reporter Service | 4788025 | 349810 | 109.76 |
| 04/27/05 | UPS#: 1Z87EW71019859666 Brandon Twilley COURIER VENDOR : UPS - INV#0000087EW71-185 | 0100 | 0505 010 | Courier | 4789937 | 350037 | 11.20 |

Summary by disbursement type:

| | | |
|---|---|---|
| 010 | Courier | 37.24 |
| 022 | Lunch/Dinner/Breakfast Mtg. | 8.13 |
| 041 | Mileage/Rental Cars | 115.80 |
| 042 | Hotel | 296.22 |
| 209 | Filing and Fees | 250.00 |
| 211 | Other Professional Services | 60.00 |
| 502 | Court Reporter Service | 1,693.56 |
| | TOTAL DISBURSEMENTS: | 2,566.65 |