# Exhibit I

# CHOATE

CHOATE HALL & STEWART LLP

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

August 16, 2005
Client No. 0649546
Invoice No. 1233265
Eric W. Wodlinger

## INVOICE SUMMARY
(See attached pages for detail)

FOR PROFESSIONAL SERVICES rendered through June 30, 2005 in connection with the above matter as more fully detailed on the attached pages:

| | |
|---|---:|
| Professional Services | $42,175.75 |
| Less Courtesy Discount | (4,217.58) |
| Total Professional Services | $37,958.17 |
| Total Expenses | 1,858.19 |
| **Total Amount of this Invoice** | **$39,816.36** |

# CHOATE

CHOATE HALL & STEWART LLP

SBK Associates  
Client No.: 0649546

Page 2  
August 16, 2005  
Invoice No. 1233265

**Matter**

| | | | |
|---|---|---|---|
| 0013  First Hartford Corp. | $40,418.50 | $1,858.19 | $42,276.69 |
| **Total:** | | | |

```
CHOATE, HALL & STEWART LLP                    Page 111 (1)          UNBILLED TIME DETAIL
         AS OF 06/30/05
                                                         BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0649546  SBK Associates                                  CLIENT 0649546 SBK Associates
0013     First Hartford Corp.                            MATTER 0013 First Hartford Corp.
         Richard E. Kaplan, Manager                      Prepared 07/25/05    For period ending 06/30/05
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

  DATE                                                   ENTRY  WORK    HOURS
WORKED              SERVICES RENDERED                    MONTH  CODES   WORKED  WORKING ATTY   RATE   BOOK FEE

05/23/05  Attention to scheduling depositions of FHC officers and directors.    0505    .25   Kenna    470    117.50

05/26/05  Attention to scheduling of depositions of FHC officers and            0605    .75   Kenna    470    352.50
          directors; email correspondence re: issues of consolidation, etc.;
          conference with R. Rothberg re: same.

06/01/05  Began research of possible responses to motion to consolidate proxy   0605   1.60   Hodge    200    320.00
          fraud suits and potential argument for requesting substantive
          limitation on consolidation if ordered.

06/01/05  Prepare for depositions of Neil Ellis and David Harding.              0605   4.75   Kenna    470   2,232.50

06/02/05  Prepare for Ellis deposition; travel to Hartford, CT for Ellis        0605   9.25   Kenna    470   4,347.50
          deposition.

06/02/05  Prepare for deposition                                                0605   1.00   Rothberg 520    520.00

06/03/05  Further researched opposition to consolidation and request for        0605   5.60   Hodge    200   1,120.00
          conditions; reviewed complaints and other filings for background
          information.

06/03/05  Ellis deposition 3 hrs travel, 5 hrs deposition.                      0605   8.00   Rothberg 520   4,160.00
```

CHOATE, HALL & STEWART LLP                Page 112 (2)
AS OF 06/30/05

UNBILLED TIME DETAIL

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 07/25/05    For period ending 06/30/05

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 06/03/05 | Deposition of Neil Ellis; travel back to Boston from deposition. | 0605 | | 8.25 | Kenna | 470 | 3,877.50 |
| 06/05/05 | Finished research of response to Motion to Consolidate and possible request for conditions; drafted primary section of memorandum. | 0605 | | 6.20 | Hodge | 200 | 1,240.00 |
| 06/06/05 | Finished draft of memorandum; revised memorandum; compiled cases to submit with memorandum. | 0605 | | 3.90 | Hodge | 200 | 780.00 |
| 06/06/05 | Conferences with e. Hodge re: memorandum on consolidation; conference with R> Kaplan; review consolidation memo and cases; review N. Ellis deposition transcript; draft response to FHC Motion to Consolidate. | 0605 | | 4.50 | Kenna | 470 | 2,115.00 |
| 06/06/05 | T-Rich | 0605 | | .20 | Rothberg | 520 | 104.00 |
| 06/08/05 | Conferences with R. Rothberg and R. Kaplan; review and revise opposition to FHC motion to consolidate; review Allen Park settlement documents sent by client. | 0605 | | 3.25 | Kenna | 470 | 1,527.50 |
| 06/08/05 | T-Kenna | 0605 | | .20 | Rothberg | 520 | 104.00 |
| 06/14/05 | Prepare for deposition of Harding and completion of Rule 30(b)(6) deposition of corporation; travel to Hartford, CT for depositions. | 0605 | | 9.75 | Kenna | 470 | 4,582.50 |
| 06/15/05 | Prepare for depositions; conferences with D. Kaplan re: same; take depositions of FHC Vice President and Director Harding and conclude Rule 30(b)(6) deposition of FHC; travel back to Boston. | 0605 | | 9.50 | Kenna | 470 | 4,465.00 |
| 06/17/05 | Attention to scheduling order for '05 case; prepare for meeting with client on 6/21. | 0605 | | .50 | Kenna | 470 | 235.00 |
| 06/21/05 | Review deposition transcripts of Greenwald and Harding; prepare for client meeting; travel to client's office in Newton, MA; conference with R. Kaplan, D. Kaplan, R. Rothberg. | 0605 | | 4.00 | Kenna | 470 | 1,880.00 |

```
CHOATE, HALL & STEWART LLP                                        Page 113 (3)
          AS OF 06/30/05

                                         UNBILLED TIME DETAIL

0649546  SBK Associates                  BILLING ATTORNEY EWW    0215 Eric W. Wodlinger
0013     First Hartford Corp.            CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager      MATTER 0013 First Hartford Corp.
         SBK Associates, LLC             Prepared 07/25/05      For period ending 06/30/05
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

DATE                                      ENTRY  WORK      HOURS
WORKED           SERVICES RENDERED        MONTH  CODES     WORKED  WORKING ATTY   RATE   BOOK FEE

06/21/05  Meeting with Kaplans, Kenna     0605              1.25   Rothberg       520     650.00

06/22/05  Conference with E. Wodlinger re: status of cases and strategy;
          attention to FHC reply to opposition to motion to consolidate.
                                          0605               .75   Kenna          470     352.50


SUBTOTAL                                                    97.60                      41,878.50

                                                  MATTER
                                                  TOTALS:   97.60                      41,878.50

                                                                       HOURS
                                                  WORKING ATTORNEY     WORKED  RATE    BOOK FEE
                                                  0215 Wodlinger        1.00   495       495.00
                                                  0227 Kenna           66.25   470    31,137.50
                                                  0231 Rothberg        13.05   520     6,786.00
                                                  3010 Hodge           17.30   200     3,460.00

                                                  MATTER TOTALS:       97.60          41,878.50


                                                  NET AMOUNT:                         41,878.50
```

```
CHOATE, HALL & STEWART LLP                              Page 115 (5)  UNBILLED DISBURSEMENTS DETAIL
         AS OF 06/30/05
                                                        BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
0649546  SBK Associates                                 CLIENT 0649546 SBK Associates
0013     First Hartford Corp.                           MATTER 0013 First Hartford Corp.
         Richard E. Kaplan, Manager                     Prepared 07/25/05    For period ending 06/30/05
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

DATE     DISBURSEMENTS                                  AUTH  ENTRY DISBURSEMENTS              ITEMS INDEX #  CHECK    AMOUNT

06/22/05  L. KENNA 6/3/05 Hotel - - VENDOR:American     0100  0605 042 Hotel                         4847014  351407   232.95
          Express
06/28/05  Parking - - VENDOR:Robert Rothberg            0231  0605 044 Parking                       4852744  673        8.00
06/28/05  Lunch/Dinner/Breakfast Mtg. - - VENDOR:Larry C 0227 0605 022 Lunch/Dinner/Breakfast        4852756  351605    11.71
          Kenna
06/28/05  Mileage/Rental Cars - - VENDOR:Larry C Kenna  0227  0605 041 Mileage/Rental Cars           4852757  351605   107.50
06/28/05  Mileage/Rental Cars - - VENDOR:Larry C Kenna  0227  0605 041 Mileage/Rental Cars           4852758  351605    29.57
06/28/05  Lunch/Dinner/Breakfast Mtg. - - VENDOR:Larry C 0227 0605 022 Lunch/Dinner/Breakfast        4852759  351605    14.85
          Kenna
06/28/05  Mileage/Rental Cars - - VENDOR:Larry C Kenna  0227  0605 041 Mileage/Rental Cars           4852760  351605   108.80
06/28/05  Mileage/Rental Cars - -VENDOR:Robert Rothberg 0231  0605 041 Mileage/Rental Cars           4852937  673       82.25
06/29/05  L. KENNA  Court Reporter Service - -          0227  0605 502 Court Reporter Service        4853937  351670  1,094.66
          VENDOR:Brandon Reporting Service

                                                        Summary by disbursement type:

                                                        022    Lunch/Dinner/Breakfast Mtg.                              26.56
                                                        041    Mileage/Rental Cars                                     328.12
                                                        042    Hotel                                                   232.95
                                                        044    Parking                                                   8.00
                                                        502    Court Reporter Service                                1,094.66

                                                        TOTAL DISBURSEMENTS:                                          1,690.29

                                                               Fees                    41,878.50

                                                               Disbursements            1,690.29
```