# Exhibit J

# CHOATE

CHOATE HALL & STEWART LLP

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

September 16, 2005
Client No. 0649546
Invoice No. 1234843
Eric W. Wodlinger

## INVOICE SUMMARY
(See attached pages for detail)

FOR PROFESSIONAL SERVICES rendered through August 31, 2005 as described on the attached pages:

| | |
|---|---:|
| Professional Services | $19,647.75 |
| Less Courtesy Discount | (1,964.78) |
| Total Professional Services | $17,682.97 |
| Total Expenses | 2,116.00 |
| **Total Amount of this Invoice** | **$19,798.97** |

# CHOATE

CHOATE HALL & STEWART LLP

SBK Associates  
Client No.: 0649546

Page 2  
September 16, 2005  
Invoice No. 1234843

| Matter | Fees | Expenses | Total |
|---|---|---|---|
| 0013  First Hartford Corp. | $12,706.00 | $2,101.59 | $14,807.59 |
| **Total:** | | | |

```
CHOATE, HALL & STEWART LLP        Page 110 (1)              UNBILLED TIME DETAIL
         AS OF 08/31/05
                                                      BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0649546   SBK Associates                              CLIENT 0649546 SBK Associates
0013      First Hartford Corp.                        MATTER 0013 First Hartford Corp.
          Richard B. Kaplan, Manager                  Prepared 09/07/05     For period ending 08/31/05
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

DATE                                                  ENTRY   WORK
WORKED                SERVICES RENDERED               MONTH   CODES    HOURS WORKED   WORKING ATTY   RATE    BOOK FEE
```

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 07/07/05 | Draft pre-trial memorandum for '04 case and joint statement of counsel for '05 case. | 0705 | | 1.75 | Kenna | 470 | 822.50 |
| 07/12/05 | Prepare for hearing in federal court on both cases; conference with R. Kaplan re: FHC settlement proposal; attend conference in Federal Court; status report to R. Kaplan and e-mail correspondence re: same. | 0705 | | 4.25 | Kenna | 470 | 1,997.50 |
| 07/19/05 | Correspondence to FHC re: additional documents to produce; attention to documentation of various transactions. | 0705 | | 1.25 | Kenna | 470 | 587.50 |
| 07/26/05 | Conference call with R. Kornberg re: tomorrow's meeting with counsel for FHC; conference call re: same with clients. | 0705 | | .50 | Kenna | 470 | 235.00 |
| 07/26/05 | T-Kenna, T-Rich, David, Kenna | 0705 | | .45 | Rothberg | 520 | 234.00 |
| 07/27/05 | Prepare for meeting with FHC counsel re: possible mediation, settlement; meet with counsel for FHC; conference with R. Kaplan and D. Kaplan re: same; e-mail correspondence re: same. | 0705 | | 2.25 | Kenna | 470 | 1,057.50 |

```
CHOATE, HALL & STEWART LLP                    Page 111 (2)            UNBILLED TIME DETAIL
         AS OF 08/31/05

0649546   SBK Associates                                              BILLING ATTORNEY EWW  0215  Eric W. Wodlinger
0013      First Hartford Corp.                                        CLIENT 0649546 SBK Associates
          Richard E. Kaplan, Manager                                  MATTER 0013 First Hartford Corp.
          SBK Associates, LLC                                         Prepared 09/07/05   For period ending 08/31/05
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

DATE                                                     ENTRY   WORK     HOURS
WORKED        SERVICES RENDERED                          MONTH   CODES    WORKED    WORKING ATTY    RATE    BOOK FEE

08/31/05  Draft document request for '05 proxy fraud case and serve on all
          counsel for FHC.                               0805              .75      Kenna           470       352.50

08/31/05  T-Rich, Review David's e-mail, 10-K            0805              .60      Rothberg        520       312.00

SUBTOTAL                                                                  26.55                             12,706.00

MATTER
TOTALS:                                                                   26.55                             12,706.00

                                                                          HOURS
          LAST                                                            WORKED    RATE    BOOK FEE
          WORKED    WORKING ATTORNEY
          08/31/05  0227 Kenna                                            22.00     470     10,340.00
          08/31/05  0231 Rothberg                                          4.55     520      2,366.00

MATTER TOTALS:                                                            26.55                             12,706.00


NET AMOUNT:                                                                                                 12,706.00
```

```
          CHOATE, HALL & STEWART LLP                              Page 114 (5)   UNBILLED DISBURSEMENTS DETAIL
          AS OF 08/31/05
                                                                  BILLING ATTORNEY EWW    0215 Eric W. Wodlinger
0649546   SBK Associates                                          CLIENT 0649546 SBK Associates
0013      First Hartford Corp.                                    MATTER 0013 First Hartford Corp.
          Richard E. Kaplan, Manager                               Prepared 09/07/05    For period ending 08/31/05
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

DATE      DISBURSEMENTS                                      AUTH  ENTRY DISBURSEMENTS             ITEMS INDEX #   CHECK      AMOUNT

05/11/05  UPS#: 1Z87EW71019689264 Michelle DeBinion           0100  0705 010 Courier                    4880989    352718      16.72
          COURIER VENDOR : UPS - INV#000087EW71-205
07/07/05  L. KENNA  Court Reporter Service - -                0227  0705 502 Court Reporter Service    4861355    351834     776.93
          VENDOR:Brandon SmithReporting Service
07/07/05  L. KENNA  Court Reporter Service - -                0227  0705 502 Court Reporter Service    4861356    351834     690.38
          VENDOR:Brandon SmithReporting Service
07/07/05  070705   - CHS                                            0705 010 Courier                    4874506    352501       6.50
          Vendor: RS Express - Inv#: BOS-0.0125
07/07/05  070705   - CHS                                            0705 010 Courier                    4874507    352501      25.54
          Vendor: RS Express - Inv#: BOS-0.0125
07/25/05  L. KENNA  6/15/05 Hotel - - VENDOR:American         0100  0705 042 Hotel                      4875415    352353     288.00
          Express

                                                             Summary by disbursement type:

                                                             010    Courier                                                    48.76
                                                             042    Hotel                                                     288.00
                                                             502    Court Reporter Service                                  1,467.31

                                                             TOTAL DISBURSEMENTS:                                           1,804.07


                                                                   Fees              12,706.00

                                                                   Disbursements      1,804.07
```