# Exhibit K

# CHOATE

CHOATE HALL & STEWART LLP

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

December 20, 2005
Client No. 0649546
Invoice No. 1239839
Eric W. Wodlinger

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES rendered through December 20, 2005 as described on the attached pages:

| | |
|---|---:|
| Professional Services | $14,793.25 |
| Less Courtesy Discount | (1,479.33) |
| Total Professional Services | $13,313.92 |
| Total Expenses | 540.45 |
| **Total Amount of this Invoice** | **$13,854.37** |



CHOATE HALL & STEWART LLP

SBK Associates  
Client No.: 0649546

Page 2  
December 20, 2005  
Invoice No. 1239839

| Matter | | Fees | Expenses | Total |
|---|---|---|---|---|
| 0013 | First Hartford Corp. | $14,471.50 | $540.45 | $15,011.95 |
| | Total: | | | |

```
CHOATE, HALL & STEWART LLP                Page 4 (1)          UNBILLED TIME DETAIL
           AS OF 12/20/05

0649546   SBK Associates                              BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0013      First Hartford Corp.                        CLIENT 0649546 SBK Associates
          Richard E. Kaplan, Manager                  MATTER 0013 First Hartford Corp.
          SBK Associates, LLC                         Prepared 07/20/06    For period ending 12/20/05
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

DATE                                                  ENTRY   WORK    HOURS
WORKED    SERVICES RENDERED                           MONTH   CODES   WORKED  WORKING ATTY   RATE   BOOK FEE

11/01/05  Respond to FHC counsel's request for        1105            .25     Kenna          470    117.50
          discovery conference re: interrogatory
          responses.

11/08/05  Review Proxy Statement                      1105            .40     Rothberg       520    208.00

11/10/05  Review FHC Motion To Compel and memorandum  1105            .75     Kenna          470    352.50
          in support; conference with R. Rothberg
          regarding most recent proxy materials and
          strategy.

11/10/05  T-Kenna                                     1105            .20     Rothberg       520    104.00

11/11/05  Review latest proxy materials; draft notice 1105            2.25    Kenna          470    1,057.50
          of Rule 30(b)(6) deposition and serve same;
          conference with R. Rothberg regarding
          status and strategy.

11/14/05  T-Larry and Rich                            1105            .20     Rothberg       520    104.00

11/17/05  Draft opposition to FHC motion to compel    1105            4.25    Kenna          470    1,997.50
          answers to interrogatories.

11/18/05  Review and revise opposition to FHC's       1105            2.75    Kenna          470    1,292.50
          motion to compel answers to interrogatories.

11/21/05  Review and revise opposition to FHC's       1105            1.50    Kenna          470    705.00
          motion to compel supplementation of
          interrogatory answers; file and serve same.
```

```
         CHOATE, HALL & STEWART LLP          Page 5 (2)                    UNBILLED TIME DETAIL
                AS OF 12/20/05

0649546  SBK Associates                                      BILLING ATTORNEY EWW   0215 Eric W. Wodlinger
0013     First Hartford Corp.                                CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager                          MATTER 0013 First Hartford Corp.
         SBK Associates, LLC                                 Prepared 07/20/06      For period ending 12/20/05
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458
                                                             ENTRY  WORK        HOURS
DATE                                                         MONTH  CODES       WORKED  WORKING ATTY     RATE      BOOK FEE
WORKED           SERVICES RENDERED

11/28/05  Attention to FHC's reply to Kaplan's opposition to motion to compel.   1105    .50  Kenna        470        235.00
11/29/05  Draft response to reply to opposition to motion to compel.             1105   2.25  Kenna        470      1,057.50
11/30/05  Draft response to FHC reply memorandum in connection with FHC          1105   2.25  Kenna        470      1,057.50
          motion to compel; file and serve same.
11/30/05  T-Kenna                                                                1205    .20  Rothberg     520        104.00

12/16/05  Respond to part of interrogatories                                     1205    .40  Rothberg     520        208.00

SUBTOTAL                                                                                30.45                      14,471.50

                                                             MATTER
                                                             TOTALS:                    30.45                      13,024.34

                                                                                          HOURS
                                                             WORKING ATTORNEY          WORKED  RATE         BOOK FEE
                                                             0227 Kenna                 27.25   470        12,807.50
                                                             0231 Rothberg               3.20   520         1,664.00

                                                             MATTER TOTALS:             30.45              13,024.34
```

```
CHOATE, HALL & STEWART LLP                    Page 8 (5)     UNBILLED DISBURSEMENTS DETAIL
       AS OF 12/20/05

0649546  SBK Associates                                BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0013     First Hartford Corp.                          CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager                    MATTER 0013 First Hartford Corp.
         SBK Associates, LLC                           Prepared 07/20/06    For period ending 12/20/05
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

DATE     DISBURSEMENTS                           AUTH  ENTRY DISBURSEMENTS        ITEMS INDEX #  CHECK      AMOUNT

11/08/05  R. ROTHBERG  Outside Copies - - VENDOR:Merrill   0231  1105 060  Outside Copies           4966061  355288    390.00
          Communications LLC
11/16/05  UPS#: 1Z87EW712497810806 Larry C. Kenna           0100  1105 010  Courier                  4984189  355898      8.69
          COURIER VENDOR : UPS - INV#000087EW71-475

                                              Summary by disbursement type:

                                                 010    Courier                                                 8.69
                                                 060    Outside Copies                                        390.00

                                                 TOTAL DISBURSEMENTS:                                         398.69

                                                      Fees            13,024.34

                                                      Disbursements      398.69
```