# Exhibit L



CHOATE HALL & STEWART LLP

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

March 20, 2006
Client No. 0649546
Invoice No. 1244264
Eric W. Wodlinger

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES rendered through February 28, 2006 as described on the attached pages:

| | |
|---|---:|
| Professional Services | $47,276.00 |
| Less Courtesy Discount | (4,727.60) |
| Total Professional Services | $42,548.40 |
| Total Expenses | 830.37 |
| **Total Amount of this Invoice** | **$43,378.77** |

Two International Place I Boston MA 02110 I t 617-248-5000 I f 617-248-4000 I choate.com

# CHOATE
CHOATE HALL & STEWART LLP

SBK Associates  
Client No.: 0649546

Page 2  
March 20, 2006  
Invoice No. 1244264

| Matter | | Fees | Expenses | Total |
|---|---|---|---|---|
| 0013 | First Hartford Corp. | $46,830.50 | $826.77 | $47,657.27 |
| | **Total:** | | | |

Two International Place I Boston MA 02110 I t 617-248-5000 I f 617-248-4000 I choate.com

```
CHOATE, HALL & STEWART LLP                      Page 100 (1)           UNBILLED TIME DETAIL
         AS OF 02/28/06
                                                          BILLING ATTORNEY EWW  0215  Eric W. Wodlinger
0649546  SBK Associates                                   CLIENT 0649546 SBK Associates
0013     First Hartford Corp.                             MATTER 0013 First Hartford Corp.
         Richard E. Kaplan, Manager                       Prepared 03/06/06       For period ending 02/28/06
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

DATE                                                      ENTRY  WORK    HOURS
WORKED            SERVICES RENDERED                       MONTH  CODES   WORKED  WORKING ATTY   RATE   BOOK FEE

01/02/06  Prepare for argument in federal court in opposition to FHC motion   0106          .75  Kenna       470    352.50
          to compel answers to interrogatories in proxy fraud cases.

01/03/06  Prepare for argument in opposition to motion to compel; at Federal  0106         1.75  Kenna       470    822.50
          Court for argument; status report to client; conferences with R.
          Kaplan regarding settlement offer to Neil Ellis.

01/04/06  Review and comment on discovery issue                               0106          .50  Rothberg    520    260.00

01/05/06  Attn to settlement offer, calls with Rich                           0106          .75  Rothberg    520    390.00

01/10/06  Draft e-mail correspondence to Handler and Hirsch regarding         0106         1.00  Kenna       470    470.00
          discovery conference and depositions; review prior deposition of
          Greenwald; e-mail correspondence with R. Kaplan.

01/18/06  C-Kenna, conference with Handler and Hirsch, D-Supplemental Response 0106        1.00  Rothberg    520    520.00

01/18/06  Letter to opposing counsel regarding various issues involved in     0106         1.00  Kenna       470    470.00
          discovery dispute; conference with R. Rothberg regarding "discovery
          conference"; conference with client regarding status of cases.
```

CHOATE, HALL & STEWART LLP                Page 101 (2)
AS OF 02/28/06

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 03/06/06    For period ending 02/28/06

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 01/25/06 | Redraft supplemental interrogatory answers. | 0106 | | 1.75 | Kenna | 470 | 822.50 |
| 01/25/06 | Review, revise supplemental response | 0106 | | .30 | Rothberg | 520 | 156.00 |
| 01/26/06 | T-Kenna re scheduling | 0106 | | .10 | Rothberg | 520 | 52.00 |
| 01/26/06 | Attention to supplemental answers to interrogatories; attention to scheduling deposition of FHC and other matters. | 0106 | | .50 | Kenna | 470 | 235.00 |
| 01/30/06 | Attention to scheduling deposition of R. Kaplan and 30(b)(6) deposition of FHC in second proxy fraud case. | 0106 | | .50 | Kenna | 470 | 235.00 |

```
         CHOATE, HALL & STEWART LLP              Page 102 (3)           UNBILLED TIME DETAIL
              AS OF 02/28/06
                                                                BILLING ATTORNEY EWW  0215  Eric W. Wodlinger
0649546  SBK Associates                                         CLIENT 0649546 SBK Associates
0013     First Hartford Corp.                                   MATTER 0013 First Hartford Corp.
         Richard E. Kaplan, Manager                             Prepared 03/06/06    For period ending 02/28/06
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458
                                                                ENTRY  WORK
  DATE                                                          MONTH  CODES           HOURS
 WORKED                  SERVICES RENDERED                                             WORKED   WORKING ATTY   RATE   BOOK FEE


02/09/06  Prepare for depositions of Richard Kaplan and 30(b)(6) deposition    0206     7.75    Kenna          470    3,642.50
          of FHC; attend depositions.
```

```
CHOATE, HALL & STEWART LLP                    Page 103 (4)
       AS OF 02/28/06

                                    UNBILLED TIME DETAIL

0649546  SBK Associates            BILLING ATTORNEY EWW   0215 Eric W. Wodlinger
0013     First Hartford Corp.      CLIENT 0649546 SBK Associates
         Richard E. Kaplan, Manager  MATTER 0013 First Hartford Corp.
         SBK Associates, LLC       Prepared 03/06/06    For period ending 02/28/06
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

                                   ENTRY   WORK    HOURS
DATE                               MONTH   CODES   WORKED  WORKING ATTY       RATE    BOOK FEE
WORKED         SERVICES RENDERED
```

|  |  |
|---|---|
| | 94.90 |
| MATTER TOTALS: | 94.90 |

| WORKING ATTORNEY | HOURS WORKED | RATE | BOOK FEE |
|---|---|---|---|
| 0215 Wodlinger | .70 | 495 | 346.50 |
| 0227 Kenna | 50.00 | 470 | 23,500.00 |
| 0231 Rothberg | 44.20 | 520 | 22,984.00 |
| MATTER TOTALS: | 94.90 | | 46,830.50 |

SUBTOTAL                                              46,830.50

```
CHOATE, HALL & STEWART  LLP                                              Page 107 (8)   UNBILLED DISBURSEMENTS DETAIL
                    AS OF 02/28/06

0649546   SBK Associates                                                 BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
0013      First Hartford Corp.                                           CLIENT 0649546 SBK Associates
          Richard E. Kaplan, Manager                                     MATTER 0013 First Hartford Corp.
          SBK Associates, LLC                                            Prepared 03/06/06     For period ending 02/28/06
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458

DATE       DISBURSEMENTS                                       AUTH      ENTRY DISBURSEMENTS           ITEMS INDEX #   CHECK      AMOUNT

01/18/06   011806  - CHS                         DAY BERRY AN            0206 010  Courier                   5040953   357670       6.50
           Vendor: RS Express - Inv#: BOS-0.0125
01/26/06   UPS#: 1Z87EW7101961655255 Carl Rossi                0100                                          5040793   357680       6.93
           COURIER VENDOR : UPS - INV#000087EW71-046
01/31/06   013106  - CHS                         DAY BERRY AN            0206 010  Courier                   5046864   358006      11.50
           Vendor: RS Express - Inv#: BOS-0.0125
02/03/06   020306  - CHS                         DAY BERRY AN            0206 010  Courier                   5059028   358170       6.50
           Vendor: RS Express - Inv#: BOS-0.0125
02/06/06   UPS#: 1Z87EW7124975908778 Larry Kenna               0100      0206 010  Courier                   5051822   358016       9.18
           COURIER VENDOR : UPS - INV#000087EW71-066
02/16/06   UPS#: 1Z87EW7119958126676 Larry Kenna               0100      0206 010  Courier                   5058574   358176      17.33
           COURIER VENDOR : UPS - INV#000087EW71-076
02/16/06   UPS#: 1Z87EW7124984236889 Larry Kenna               0100      0206 010  Courier                   5058575   358176      15.10
           COURIER VENDOR : UPS - INV#000087EW71-076
02/22/06   Courier  - - VENDOR:Robert Rothberg                 0100      0206 010  Courier                   5054211   2048        15.18
02/22/06   Mileage/Rental Cars - - VENDOR:Robert Rothberg      0100      0206 041  Mileage/Rental Cars       5054212   2048        80.06
02/22/06   Lunch/Dinner/Breakfast Mtg. - - VENDOR:Robert       0231      0206 022  Lunch/Dinner/Breakfast    5054213   2048        11.09
           Rothberg

                                                                         Summary by disbursement type:

                                                                         010  Courier                                             88.22
                                                                         022  Lunch/Dinner/Breakfast Mtg.                         11.09
                                                                         041  Mileage/Rental Cars                                 80.06

                                                                         TOTAL DISBURSEMENTS:                                    179.37

                                                                              Fees                   46,830.50

                                                                              Disbursements             179.37
```