# Exhibit M



CHOATE HALL & STEWART LLP

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

April 21, 2006
Client No. 0649546
Invoice No. 1245892
Eric W. Wodlinger

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES rendered through March 31, 2006 as described on the attached pages:

| | |
|---|---:|
| Professional Services | $42,782.05 |
| Less Courtesy Discount | (4,278.21) |
| Total Professional Services | $38,503.84 |
| Total Expenses | 1,852.69 |
| **Total Amount of this Invoice** | **$40,356.53** |

# CHOATE

CHOATE HALL & STEWART LLP

SBK Associates  
Client No.: 0649546

Page 2  
April 21, 2006  
Invoice No. 1245892

| Matter | | Fees | Expenses | Total |
|---|---|---|---|---|
| 0013 | First Hartford Corp. | $39,614.05 | $1,848.19 | $41,462.24 |

```
CHOATE, HALL & STEWART LLP                    Page 84 (1)
              AS OF 03/31/06

0649546   SBK Associates
0013      First Hartford Corp.
          Richard E. Kaplan, Manager
          SBK Associates, LLC
          Massachusetts Office
          2345 Washington Street, Suite 101
          Newton, MA 02462-1458
```

```
                    UNBILLED TIME DETAIL

BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 04/14/06    For period ending 03/31/06
```

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 03/01/06 | Attention to FHC motion for summary judgment in proxy fraud cases; review deposition transcripts of R. Kaplan and FHC 30(b)(6) in 2nd proxy fraud case; review proxy statement for November, 2005 shareholders' meeting and draft of complaint for 3rd proxy fraud case. | 0306 | | 3.75 | Kenna | 470 | 1,762.50 |
| 03/01/06 | Review Summary Judgment motion, Review October Proxy statement and draft complaint, Research Richmond and Ellis, T-Larry, T-Rich and David | 0306 | | 4:25 | Rothberg | 520 | 2,210.00 |
| 03/02/06 | Attention to FHC motion for summary judgment; attention to needed legal research; conference with M. Rhatigan regarding same; review and comment upon new proxy fraud complaint. | 0306 | | 1.75 | Kenna | 470 | 822.50 |
| 03/02/06 | Met with L. Kenna to discuss research assignment. Began reviewing case documents. | 0306 | | .80 | Rhatigan | 255 | 204.00 |
| 03/03/06 | Finished reviewing case materials and began research. | 0306 | | 1.90 | Rhatigan | 255 | 484.50 |
| 03/06/06 | Researched whether a prevailing party in a proxy fraud case is entitled to attorneys' fees and began drafting memorandum on that topic. | 0306 | | 8.00 | Rhatigan | 255 | 2,040.00 |
| 03/07/06 | Draft 3rd proxy fraud complaint and prepare for filing and service. | 0306 | | 4.25 | Kenna | 470 | 1,997.50 |
| 03/07/06 | Researched attorneys' fees and mootness issues and worked on memorandum regarding same. | 0306 | | 7.80 | Rhatigan | 255 | 1,989.00 |

CHOATE, HALL & STEWART LLP                                    Page 85 (2)
AS OF 03/31/06

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

UNBILLED TIME DETAIL

BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 04/14/06      For period ending 03/31/06

| DATE WORKED | SERVICES RENDERED | ENTRY MONTH | WORK CODES | HOURS WORKED | WORKING ATTY | RATE | BOOK FEE |
|---|---|---|---|---|---|---|---|
| 03/08/06 | Finalized research on attorneys' fees and mootness. Completed memorandum on same. | 0306 | | 6.50 | Rhatigan | 255 | 1,657.50 |
| 03/14/06 | Review cases on mootness, attorneys' fees, general proxy fraud cases; draft motion, L.R. 56.1 statement of facts and memorandum in opposition to FHC motion for summary judgment. | 0306 | | 8.75 | Kenna | 470 | 4,112.50 |
| 03/15/06 | Reviewed Reiser case for follow-up research. | 0306 | | .10 | Rhatigan | 255 | 25.50 |
| 03/15/06 | Review, revise and file opposition to FHC motion for summary judgment. | 0306 | | 4.25 | Kenna | 470 | 1,997.50 |
| 03/17/06 | Began follow-up research on attorneys' fees. | 0306 | | 1.81 | Rhatigan | 255 | 461.55 |

```
          CHOATE, HALL & STEWART LLP                Page 86 (3)              UNBILLED TIME DETAIL
              AS OF 03/31/06
                                                    BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
0649546  SBK Associates                             CLIENT  0649546 SBK Associates
0013     First Hartford Corp.                       MATTER  0013    First Hartford Corp.
         Richard E. Kaplan, Manager                 Prepared 04/14/06   For period ending 03/31/06
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

                                                    ENTRY   WORK            HOURS
  DATE              SERVICES RENDERED               MONTH   CODES          WORKED   WORKING ATTY    RATE   BOOK FEE
 WORKED
03/20/06  Completed follow-up research on attorneys' fees and drafted
          memorandum describing findings.            0306                    9.80   Rhatigan         255   2,499.00


03/22/06  Attention to attorneys' fees in mootness cases; review memorandum.
                                                     0306                     .25   Kenna            470     117.50


03/28/06  Draft e-mail to Nolan, T-Rich, send, various conversations
                                                     0306                     .70   Rothberg         520     364.00

                                                                                                          ─────────
SUBTOTAL                                                                    98.26                         39,614.05

                                                    MATTER
                                                    TOTALS:                 98.26                         39,614.05

                                                                                       HOURS
                                                    WORKING ATTORNEY       WORKED     RATE        BOOK FEE
                                                    0215 Wodlinger            .50      495          247.50
                                                    0227 Kenna              34.25      470       16,097.50
                                                    0231 Rothberg           26.35      520       13,702.00
```

```
CHOATE, HALL & STEWART LLP                                    Page 87 (4)
        AS OF 03/31/06

0649546  SBK Associates
0013     First Hartford Corp.
         Richard E. Kaplan, Manager
         SBK Associates, LLC
         Massachusetts Office
         2345 Washington Street, Suite 101
         Newton, MA 02462-1458

DATE
WORKED              SERVICES RENDERED
```

```
                    UNBILLED TIME DETAIL

BILLING ATTORNEY EWW    0215  Eric W. Wodlinger
CLIENT 0649546 SBK Associates
MATTER 0013 First Hartford Corp.
Prepared 04/14/06    For period ending 03/31/06


ENTRY  WORK     HOURS
MONTH  CODES    WORKED  WORKING ATTY   RATE    BOOK FEE
04/12/06  1467   36.91  Rhatigan        255    9,412.05
04/07/06  1528     .25  Marett          620      155.00

MATTER TOTALS:   98.26                        39,614.05


NET AMOUNT:                                   39,614.05
```

```
CHOATE, HALL & STEWART LLP                    Page 91 (8)    UNBILLED DISBURSEMENTS DETAIL
        AS OF 03/31/06
                                              BILLING ATTORNEY EWW   0215  Eric W. Wodlinger
0649546  SBK Associates                       CLIENT 0649546 SBK Associates
0013     First Hartford Corp.                 MATTER 0013 First Hartford Corp.
         Richard E. Kaplan, Manager           Prepared 04/14/06   For period ending 03/31/06
         SBK Associates, LLC
         Massachusetts Office                 Billing frequency is M
         2345 Washington Street, Suite 101    Proforma Index: 696930  Batch:  117564
         Newton, MA 02462-1458

DATE      DISBURSEMENTS                          AUTH  ENTRY DISBURSEMENTS              ITEMS INDEX #   CHECK      AMOUNT

03/07/06  KENNA  Court Reporter Service - -      0100  0306 502 Court Reporter Service        5064326   358383     617.50
          VENDOR:Michelle Kaczynski d/b/a
03/07/06  Filing and Fees - - VENDOR:United States 0227 0306 209 Filing and Fees              5064556   358278     250.00
03/08/06  UPS#: 1Z87EW7124973148l6 Sarah Wilson  0100  0306 010 Courier                       5076149   358701       9.18
          COURIER VENDOR : UPS    INV#000087EW71-106

                                              Summary by disbursement type:

                                              010   Courier                                                         9.18

                                              209   Filing and Fees                                               250.00
                                              502   Court Reporter Service                                        617.50

                                              Fees                           39,614.05

                                              Disbursements
```