# Exhibit N

# CHOATE

CHOATE HALL & STEWART LLP

Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

July 20, 2006
Client No. 0649546
Invoice No. 1250882
Eric W. Wodlinger

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES rendered through May 31, 2006 as described
on the attached pages:

| | |
|---|---|
| Professional Services | $165,566.50 |
| Less Courtesy Discount | (16,556.65) |
| Total Professional Services | $149,009.85 |
| Total Expenses | 5,141.85 |
| **Total Amount of this Invoice** | **$154,151.70** |

# C|H|O|A|T|E

CHOATE HALL & STEWART LLP

SBK Associates
Client No.: 0649546

Page 2
July 20, 2006
Invoice No. 1250882

| Matter | | Fees | Expenses | Total |
|---|---|---|---|---|
| 0013 | First Hartford Corp. | $164,370.50 | $5,059.20 | $169,429.70 |

# CHOATE

CHOATE HALL & STEWART LLP

**0649546-0013 SBK Associates**
**Re: First Hartford Corp.**
Richard E. Kaplan, Manager
SBK Associates, LLC
Massachusetts Office
2345 Washington Street, Suite 101
Newton, MA 02462-1458

Billing Attorney: EWW

0215  Eric W. Wodlinger
For Period Ending: 05/31/06

| Bill Fees & Costs | ( ) | Bill Fees Only | ( ) | Bill Costs Only | ( ) | Final Bill | ( ) | Apply Unallocated |
| Write down Fees & Costs | ( ) | Write down Fees | ( ) | Write down Costs | ( ) | Close Matter | ( ) | On Account |

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5163374 | 03/08/06 | T. Newell | Federal Court filing for Larry Kenna | 0.30 | $145 | $43.50 |
| 5109197 | 04/03/06 | L. Kenna | Attention to pretrial conference memorandum; draft and file same; conference with R. Kaplan and R. Rothberg regarding strategy with respect to consolidation; e-mail correspondence with opposing counsel regarding consolidation; draft motion to consolidate and memorandum in support. | 4.25 | $485 | $2,061.25 |
| 5109201 | 04/03/06 | R. Rothberg | T-Rich | 0.20 | $555 | $111.00 |
| 5109202 | 04/04/06 | R. Rothberg | Comments on motions to consolidate and compel | 1.00 | $555 | $555.00 |
| 5111166 | 04/06/06 | R. Rothberg | T-Rich and Larry, T-Rich, etc | 1.00 | $555 | $555.00 |
| 5111756 | 04/06/06 | L. Kenna | Attention to Gorton, J. order denying motion for summary judgment; prepare for final pretrial conference; at federal court for final pretrial conference; conferences with R. Kaplan and R. Rothberg regarding final pretrial conference and other matters. | 5.75 | $485 | $2,788.75 |
| 5113114 | 04/07/06 | L. Kenna | Telephone conferences with client regarding strategy for proxy fraud cases; draft notice of jury trial waiver and file with court; attention to mediation. | 1.75 | $485 | $848.75 |
| 5113119 | 04/10/06 | L. Kenna | Conference with client regarding status of trial for proxy fraud cases. | 0.25 | $485 | $121.25 |

**0649546-0013 SBK Associates**
**Re: First Hartford Corp.**

For Period Ending: 05/31/06

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5117449 | 04/11/06 | L. Kenna | Conferences with R. Kaplan; and e-mail correspondence with R. Rothberg and T. Newman regarding status of various matters in Maine litigation and in proxy fraud cases. | 1.25 | $485 | $606.25 |
| 5117452 | 04/12/06 | L. Kenna | Prepare for trial; trial subpoenas; request for production of documents; notice three depositions; e-mail correspondence and conferences regarding same; cancellation of mediation. | 6.25 | $485 | $3,031.25 |
| 5116946 | 04/13/06 | R. Rothberg | T-Kenna, T-Rich and Kenna | 1.00 | $555 | $555.00 |
| 5117455 | 04/13/06 | L. Kenna | Conference calls with client and R. Rothberg regarding status; conferences with Court Clerk regarding scheduling of trial; revise and serve document request; serve trial subpoenas; prepare for trial. | 5.25 | $485 | $2,546.25 |
| 5116949 | 04/14/06 | R. Rothberg | T-Kenna. Review transcript, review motion for continuance. T-Rich. T-Kenna | 1.50 | $555 | $832.50 |
| 5117456 | 04/14/06 | L. Kenna | Attention to motion to continue; draft and file same; attention to trial preparation; attention to transcript of April 6 hearing. | 4.75 | $485 | $2,303.75 |
| 5117457 | 04/15/06 | L. Kenna | Legal research; prepare for depositions and for trial. | 4.50 | $485 | $2,182.50 |
| 5117458 | 04/16/06 | L. Kenna | Legal research; prepare for deposition and for trial | 8.00 | $485 | $3,880.00 |
| 5130823 | 04/17/06 | R. Rothberg | Organize and prepare | 1.00 | $555 | $555.00 |
| 5130824 | 04/18/06 | R. Rothberg | T-Kenna | 0.30 | $555 | $166.50 |
| 5130827 | 04/19/06 | R. Rothberg | Review, prepare | 3.50 | $555 | $1,942.50 |
| 5130828 | 04/20/06 | R. Rothberg | T-Nolan, T-Kenna, T-Kenna, T-Rich, T-Kenna, review documents produced | 1.25 | $555 | $693.75 |
| 5125293 | 04/22/06 | L. Kenna | Prepare for trial; legal research and review of proxy statements and other documents. | 7.00 | $485 | $3,395.00 |
| 5125294 | 04/23/06 | L. Kenna | Prepare for trial; conference with R. Rothberg regarding claims; review documents. | 7.50 | $485 | $3,637.50 |
| 5130831 | 04/23/06 | R. Rothberg | C-LCK re trial preparation, etc. | 4.75 | $555 | $2,636.25 |

For Period Ending: 05/31/06

**0649546-0013 SBK Associates**
**Re: First Hartford Corp.**

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5125295 | 04/24/06 | L. Kenna | Prepare for trial; conference with B. Rothberg regarding documents from Maine litigation; legal research; conference with T. Newman regarding Maine documents; conference with R. Kaplan and D. Kaplan regarding trial preparation. | 6.25 | $485 | $3,031.25 |
| 5130833 | 04/24/06 | R. Rothberg | C-Marett, C-Kenna, T-Rich. T-Newman, prepare | 2.00 | $555 | $1,110.00 |
| 5130834 | 04/24/06 | R. Rothberg | C-LCK - trial preparation, | 5.00 | $555 | $2,775.00 |
| 5129217 | 04/25/06 | L. Kenna | Prepare for trial. | 3.50 | $485 | $1,697.50 |
| 5130837 | 04/25/06 | R. Rothberg | Review 162(m), T-Rich | 0.50 | $555 | $277.50 |
| 5129218 | 04/26/06 | L. Kenna | Prepare for trial. | 0.75 | $485 | $363.75 |
| 5130839 | 04/26/06 | R. Rothberg | T-rich, e-mail David | 0.40 | $555 | $222.00 |
| 5129220 | 04/27/06 | L. Kenna | Review deposition transcripts of FHC officers and directors; prepare for trial. | 4.25 | $485 | $2,061.25 |
| 5130840 | 04/27/06 | R. Rothberg | T-Newman, T-David, T-Rich, e-mail Nolan | 1.00 | $555 | $555.00 |
| 5134352 | 04/28/06 | L. Kenna | Prepare for depositions and trial. | 3.00 | $485 | $1,455.00 |
| 5130844 | 04/29/06 | R. Rothberg | Prepare | 1.50 | $555 | $832.50 |
| 5134353 | 04/30/06 | L. Kenna | Prepare for depositions and trial. | 5.25 | $485 | $2,546.25 |
| 5138828 | 05/01/06 | R. Rothberg | Prepare, Harding deposition, C-David and Larry, T-Newman, T-Rich | 4.60 | $555 | $2,553.00 |
| 5139663 | 05/01/06 | L. Kenna | Prepare for and take deposition of David Harding in consolidated proxy fraud cases; prepare for 30(b)(6) and Ellis depositions. | 6.25 | $485 | $3,031.25 |
| 5138831 | 05/02/06 | R. Rothberg | Greenwald and Ellis depositions, report to clients | 4.90 | $555 | $2,719.50 |
| 5139664 | 05/02/06 | L. Kenna | Prepare for and take 30(b)(6) deposition and Neil Ellis deposition in consolidated proxy fraud cases. | 7.50 | $485 | $3,637.50 |
| 5138832 | 05/03/06 | R. Rothberg | T-Rich, T-Kenna, Review | 0.60 | $555 | $333.00 |
| 5139665 | 05/03/06 | L. Kenna | Review of transcript of Harding deposition; e-mail correspondence regarding same and other matters. | 0.75 | $485 | $363.75 |
| 5139668 | 05/04/06 | L. Kenna | Telephone conferences regarding various issues; review of all recent e-mails; review FHC 10Ks for 1986-1997; prepare for trial. | 4.25 | $485 | $2,061.25 |
| 5141101 | 05/05/06 | L. Kenna | Prepare for trial. | 4.75 | $485 | $2,303.75 |
| 5141104 | 05/06/06 | L. Kenna | Review recent deposition transcripts; prepare for trial. | 3.25 | $485 | $1,576.25 |

For Period Ending: 05/31/06

**0649546-0013 SBK Associates**
**Re: First Hartford Corp.**

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 5141105 | 05/08/06 | L. Kenna | Prepare for trial; draft pretrial proposed finding of fact and conclusions of law | 8.75 | $485 | $4,243.75 |
| 5141107 | 05/08/06 | R. Rothberg | T-Newman, T-Rich, T-Kenna, work on proposed findings | 3.00 | $555 | $1,665.00 |
| 5144334 | 05/09/06 | L. Kenna | Draft and file motion to compel production of documents; draft pretrial proposed findings of fact and conclusions of law; prepare for trial. | 6.75 | $485 | $3,273.75 |
| 5145109 | 05/09/06 | R. Rothberg | Review and revise motion to compel, work on proposed findings, T-Kenna, 2T-Newman | 3.00 | $555 | $1,665.00 |
| 5145111 | 05/10/06 | R. Rothberg | Revise, T-Kenna | 3.00 | $555 | $1,665.00 |
| 5145764 | 05/10/06 | L. Kenna | Prepare for trial; review and revise proposed findings of fact and conclusions of law; prepare for client meeting. | 5.75 | $485 | $2,788.75 |
| 5146360 | 05/11/06 | R. Rothberg | Meeting with Rich and Larry, Review, Revise, T-Kenna | 3.25 | $555 | $1,803.75 |
| 5146486 | 05/11/06 | L. Kenna | Review and revise proposed findings of fact; meet with R. Kaplan and R. Rothberg to prepare testimony; prepare for trial. | 6.50 | $485 | $3,152.50 |
| 5146363 | 05/12/06 | R. Rothberg | C-LCK, hearing on Motion to Compel, review, research, trial prep | 3.95 | $555 | $2,192.25 |
| 5146487 | 05/12/06 | L. Kenna | Prepare for trial; attend court for hearing on motion to compel. | 7.50 | $485 | $3,637.50 |
| 5146488 | 05/13/06 | L. Kenna | Prepare for trial. | 10.75 | $485 | $5,213.75 |
| 5146489 | 05/13/06 | R. Rothberg | Trial prep. | 0.40 | $555 | $222.00 |
| 5153243 | 05/14/06 | L. Kenna | Prepare for trial; prepare for examination of R. Kaplan, S. Greenwald, D. Harding and N. Ellis. | 10.00 | $485 | $4,850.00 |
| 5148045 | 05/15/06 | R. Rothberg | Court, preparation | 7.20 | $555 | $3,996.00 |
| 5153244 | 05/15/06 | L. Kenna | First day of bench trial; prepare for 2nd day of trial. | 6.50 | $485 | $3,152.50 |
| 5152862 | 05/16/06 | R. Rothberg | Trial, settlement discussions, etc. | 6.50 | $555 | $3,607.50 |
| 5153245 | 05/16/06 | L. Kenna | Second day of trial and prepare for examination of N. Ellis, D. Harding. | 6.25 | $485 | $3,031.25 |
| 5152865 | 05/17/06 | R. Rothberg | Review, T-Newman, Kenna, etc | 3.00 | $555 | $1,665.00 |
| 5152868 | 05/18/06 | R. Rothberg | Review transcript, etc | 1.00 | $555 | $555.00 |

**0649546-0013 SBK Associates**
**Re: First Hartford Corp.**

For Period Ending: 05/31/06

| INDEX# | DATE | TIMEKEEPER | NARRATIVE | HOURS | RATE | AMOUNT |
|--------|------|------------|-----------|-------|------|--------|
| 5163247 | 05/18/06 | L. Kenna | Review transcript of bench trial; prepare supplementary findings of fact and conclusions of law, timeline, etc. | 4.75 | $485 | $2,303.75 |
| 5153067 | 05/19/06 | R. Rothberg | Work on proposed findings, e-amils | 2.75 | $555 | $1,526.25 |
| 5154788 | 05/19/06 | L. Kenna | Review trial transcripts; attention to post-trial findings of fact and conclusions of law. | 4.25 | $485 | $2,061.25 |
| 5153068 | 05/20/06 | R. Rothberg | Work on post trial submission | 4.00 | $555 | $2,220.00 |
| 5154790 | 05/20/06 | L. Kenna | Legal research to supplement post-trial conclusions of law; review trial transcripts; re-draft proposed finding of fact and conclusions of law. | 5.75 | $485 | $2,788.75 |
| 5154791 | 05/22/06 | R. Rothberg | Review, revise | 2.10 | $555 | $1,165.50 |
| 5156784 | 05/22/06 | L. Kenna | Review and revise organizational chart and timeline of events; finalize post-trial proposed findings of fact and conclusions of law; conferences with R. Rothberg and e-mail correspondence with clients. | 6.50 | $485 | $3,152.50 |
| 5158769 | 05/23/06 | L. Kenna | Revisions to timeline, organization chart and proposed findings of fact and conclusions of law; file same with federal court. | 3.25 | $485 | $1,576.25 |
| | | | Total: | 338.95 | | $147,933.45 |

## TIMEKEEPER SUMMARY

| Timekeeper | | Hours | Rate | Amount |
|------------|---|-------|------|--------|
| 0227 | L. Kenna | 205.50 | $485 | $99,667.50 |
| 0231 | R. Rothberg | 99.50 | $555 | $55,222.50 |
| 2197 | T. Newell | 0.30 | $145 | $43.50 |
| | Total Hours and Amounts: | 338.95 | | $147,933.45 |

**0649546-0013 SBK Associates**
**Re: First Hartford Corp.**

**Billing Attorney: EWW**

**0215  Eric W. Wodlinger**
For Period Ending: 05/31/06

## DISBURSEMENTS

| INDEX# | DATE | CODE / DESCRIPTION | NARRATIVE | ORIGINAL AMOUNT | CHECK # | BILL AMOUNT |
|---|---|---|---|---|---|---|
| 5086434 | 04/05/06 | 206  On-Line Legal Research | On-Line Legal Research - - VENDOR:Robert Rothberg | $28.40 | 2316 | $28.40 |
| 5108770 | 04/06/06 | 206  On-Line Legal Research | On-Line Legal Research - - VENDOR:Pacer Service Center | $10.08 | 359743 | $10.08 |
| 5105804 | 04/12/06 | 010  Courier | 041206  - CHS  Vendor: RS Express - Inv#: BOS-0.0125 | $6.50 | 359746 | $6.50 |
| 5098984 | 04/14/06 | 084  Court Reporter Transcript | L. KENNA  Court Reporter Transcript - - VENDOR:Cheryl Dahlstrom | $16.60 | 359550 | $16.60 |
| 5126315 | 04/24/06 | 010  Courier | 042406  - CHS DAY BERRY AN Vendor: RS Express - Inv#: BOS-0.0125 | $8.00 | 360423 | $8.00 |
| 5126334 | 04/27/06 | 010  Courier | 042706  - CHS  Vendor: RS Express - Inv#: BOS-0.0125 | $14.25 | 360423 | $14.25 |
| 5126335 | 04/27/06 | 010  Courier | 042706  - CHS Vendor: RS Express - Inv#: BOS-0.0125 | $8.00 | 360423 | $8.00 |

**0649546-0013 SBK Associates**
**Re: First Hartford Corp.**

**Billing Attorney: EWW**

**0215  Eric W. Wodlinger**
For Period Ending: 05/31/06

## DISBURSEMENTS

| INDEX# | DATE | CODE / DESCRIPTION | NARRATIVE | ORIGINAL AMOUNT | CHECK # | BILL AMOUNT |
|---|---|---|---|---|---|---|
| 5114910 | 05/03/06 | 502 Court Reporter Service | L. KENNA  Court Reporter Service - - VENDOR:Janey Associates | $511.47 | 359900 | $511.47 |
| 5118488 | 05/04/06 | 502 Court Reporter Service | L. KENNA  Court Reporter Service - - VENDOR:Janey Associates | $505.11 | 360186 | $505.11 |
| 5118489 | 05/05/06 | 502 Court Reporter Service | L. KENNA  Court Reporter Service - - VENDOR:Janey Associates | $497.40 | 360186 | $497.40 |
| 5132633 | 05/17/06 | 502 Court Reporter Service | L. KENNA  Court Reporter Service - - VENDOR:Cheryl Dahlstrom | $990.00 | 360492 | $990.00 |
| 5128369 | 05/23/06 | 502 Court Reporter Service | L. KENNA  Court Reporter Service - - VENDOR:Cheryl Dahlstrom | $13.28 | 360378 | $13.28 |
| 5125581 | 05/24/06 | 044 Parking | Parking - - VENDOR:Larry C Kenna | $50.00 | 2641 | $50.00 |
| 5125582 | 05/24/06 | 041 Mileage/Rental Cars | Mileage/Rental Cars - - VENDOR:Larry C Kenna | $20.00 | 2641 | $20.00 |
| 5125583 | 05/24/06 | 041 Mileage/Rental Cars | Mileage/Rental Cars - - VENDOR:Larry C Kenna | $228.29 | 2641 | $228.29 |
| 5132548 | 05/31/06 | 041 Mileage/Rental Cars | Mileage/Rental Cars - - VENDOR:Robert Rothberg | $80.95 | 2689 | $80.95 |

## DISBURSEMENT SUMMARY

0649546-0013 SBK Associates
Re: First Hartford Corp.

Billing Attorney: EWW

0215  Eric W. Wodlinger
For Period Ending: 05/31/06

DISBURSEMENT SUMMARY

| CODE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 010 | Courier | $36.75 |
| 041 | Mileage/Rental Cars | $329.24 |
| 044 | Parking | $50.00 |
| 084 | Court Reporter Transcript | $16.60 |
| 206 | On-Line Legal Research | $38.48 |
| 502 | Court Reporter Service | $2,517.26 |