UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard Kaplan,
        Plaintiff(s)

v.                          CIVIL ACTION NO. 04-10402
                                            05-10320
                                            06-10424

First Hartford Corporation
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

_____, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    Judgment for the plaintiff on Count I of the consolidated complaints. Defendant is hereby ordered that future proxy materials shall comply with the Court's decision, a copy of which defendant shall provide to its shareholders with the text proxy statement.

SARAH A. THORNTON, CLERK

Dated: 10/2/06                /S/ Craig J. Nicewicz
                                    ( By ) Deputy Clerk